# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FIH, LLC,**

V.                              **SUMMONS IN A CIVIL CASE**

**FOUNDATION CAPITAL PARTNERS LLC, ET AL.,**

CASE NUMBER: **3:15−CV−00785−JBA**

TO: **Dean Barr, Joseph Elmlinger, Foundation Capital Partners LLC, Joseph Meehan, Thomas Ward**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael Anthony Savino**
**Cozen O'Conner − NY**
**45 Broadway, Suite 1600**
**New York, NY 10006**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ − A Campbell**
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2015−05−26 10:43:06.0**, Clerk
USDC CTD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------X

FIH, LLC,

         Plaintiff(s),                               Case No.3:15-CV-00785-JBA

     -against-                                   AFFIDAVIT OF SERVICE

FOUNDATION CAPITAL PARTNERS LLC,
F/K/A FOUNDATION MANAGING
MEMBER LLC, et al.,

         Defendant(s).
---------------------------------------------------------X
STATE OF DELAWARE     )
                          S.S.:
COUNTY OF NEW CASTLE)

         KEVIN DUNN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

         That on the 4th day of June, 2015, at approximately 4:30 PM, deponent served a true copy of the Summons in a Civil Case, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Order on Pretrial Deadlines, Standing Protective Order, Electronic Filing Order, Notice to Counsel, Initial Discovery Protocols, Individual Practices of Judge Janet Bond Arterton upon Foundation Capital Partners LLC c/o Registered Agents Legal Services, LLC at 1013 Centre Road, Suite 4035, Wilmington, Delaware, by personally delivering and leaving the same with Michelle Stallins, who informed deponent that she is an agent authorized by appointment to receive service at that address.

         Michelle Stallins is a black female, approximately 45 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 140 pounds with black hair.

KEVIN DUNN

Sworn to before me this
4th day of June, 2015

NOTARY PUBLIC

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/29/2015