UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FIH, LLC, </br></br>    Plaintiff, </br></br> v. </br></br> FOUNDATION CAPITAL PARTNERS LLC, F/K/A FOUNDATION MANAGING MEMBER LLC; DEAN BARR; JOSEPH MEEHAN; THOMAS WARD; and JOSEPH ELMLINGER </br></br>    Defendants. | Civ. No.: 3:15-cv-00785-JBA </br></br> July 7, 2015 |

### CORRECTED MOTION FOR PRE-FILING CONFERENCE OF DEFENDANT JOSEPH ELMLINGER

In accordance with this Court's chambers practices, Defendant Joseph Elmlinger ("Defendant") respectfully requests a pre-filing conference in this matter for his proposed Motion to Dismiss.  This is a <u>corrected</u> motion for pre-filing conference, the original having been filed on July 2, 2015 and containing an inaccurate statement in Paragraph 2 thereof stating that the "Defendant filed a Waiver of Service pursuant to Fed. R. Civ. P. 4(d) on June 11, 2015," when in fact, Plaintiff filed the Waiver of Service on June 11, 2015.  This Request is identical to the July 2, 2015 motion in all other respects.

In support of this motion, the undersigned counsel for Defendant respectfully states as follows:

1. The Complaint in the action was filed on May 22, 2015.  (ECF No. 1.)

2. The Plaintiff filed a Waiver of Service pursuant to Fed. R. Civ. P. 4(d) on June

4158508v1

11, 2015.

3. The Complaint sets forth five claims for relief. (ECF No. 1.) Count One alleges a violation of the Securities Exchange Act, 1934, §10(b). Count Two alleges intentional misrepresentation. Count Three alleges fraudulent inducement. Count Four alleges negligent misrepresentation. Count Five alleges unjust enrichment.

4. Defendant intends to move to dismiss some or all the counts of the Complaint for failure to state a claim, among other reasons.

5. This motion filed on July 2, 2015 was filed at least thirty days prior to the deadline for Defendant to file a motion to dismiss.

6. Defendant requests that the pre-filing conference be conducted by telephone at the Court's earliest possible convenience.

WHEREFORE, Defendant respectfully requests that his motion for pre-filing conference be granted, together with such other and further relief as the Court deems proper.

Respectfully submitted,

DEFENDANT JOSEPH ELMLINGER

By: /s/ Andrew M. Zeitlin
    Andrew M. Zeitlin (Fed. Bar No. ct21386)
    SHIPMAN & GOODWIN LLP
    300 Atlantic Street
    Stamford, CT 06901
    Telephone: (203) 324-8100
    Facsimile: (203) 324-8199
    Email: azeiltin@goodwin.com

*His Attorney*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2015, the foregoing Corrected Motion for Pre-Filing Conference of Defendant Joseph Elmlinger was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Shari M. Goodstein
Shari M. Goodstein