UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FIH, LLC,
    *Plaintiff*,

    *v.*     Civil No. 3:15cv785 (JBA)

Foundation Capital Partners, et al,
    *Defendants*.

## SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 7/28/15, the following schedule is ordered:

1. Defendants shall serve on plaintiff their motions to dismiss by 8/27/15; plaintiff has until 9/16/15 to file an Amended Complaint.

2. Defendants' Motion to Dismiss will be filed by 9/30/15; opposition will be filed by 10/21/15; any reply will be filed by 11/4/15.

3. Oral Argument will be held on 11/23/15 at 3:00 p.m., Courtroom Two.

4. Trial Readiness:
   After a pre-filing conference, any dispositive motions will be filed by 6/2/16.

   If dispositive motions are filed, the parties will be expected to be trial ready 12/1/16. The parties' Joint Trial Memorandum will be filed 30 days after ruling on summary judgment motions.

   If no dispositive motions are filed, the parties' Joint Trial Memorandum [http://www.ctd.uscourts.gov/jba.html – Forms] will be due 7/1/16 and the parties will be expected to be trial ready shortly thereafter.

5. A telephonic status conference will be held on 4/20/16 at 2:00 p.m. Plaintiff's counsel shall initiate the conference call to chambers: 203-773-2456. The parties' status reports will be filed by 4/13/16.

                                                 IT IS SO ORDERED.
                                                 /s/_____
                                               Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: July 29, 2015