UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FIH, LLC, | : | Civil No. 3:15-cv-00785 (JBA) |
| Plaintiff, | : | |
| -against- | : | |
| FOUNDATION CAPITAL PARTNERS LLC, F/K/A FOUNDATION MANAGING MEMBER LLC; DEAN BARR; JOSEPH MEEHAN; THOMAS WARD; and JOSEPH ELMLINGER, | : : : | June 28, 2016 |
| Defendants. | : | |

## STIPULATED SUPPLEMENTAL PROTECTIVE ORDER

The parties, by their respective counsel, hereby stipulate to supplement the Standing Protective Order entered by the Court in this action on May 22, 2015 ("Standing Protective Order"), as follows:

1. The Standing Protective Order shall **also** apply to productions made by third parties;

2. The Standing Protective Order shall **also** apply to deposition transcripts.

The Parties agree that this Stipulated Supplemental Protective Order, together with the Standing Protective Order, shall govern the disclosure, handling and use of documents, depositions, deposition exhibits, interrogatory responses, admissions, and any other information or material produced, given or exchanged by, among, or between the parties or non-party signatories in connection with discovery in the above-captioned matter. The Parties herein do not intend to abridge, in any way, the protections under or provisions of the Standing Protective Order.

**SO STIPULATED AND AGREED**:

*Brian Flaherty /s/*
Brian Flaherty (admitted pro hac vice)
COZEN O'CONNOR
1650 Market Street
Philadelphia, PA 19103
*Attorney for Plaintiff, FIH LLC*

*Tamar S. Wise /s/*
Tamar S. Wise (admitted pro hac vice)
COZEN O'CONNOR
277 Park Avenue
New York, NY 10172
*Attorney for Plaintiff, FIH LLC*

*James I. Glasser /s/*
James Glasser
Kevin Smith
WIGGIN AND DANA
One Century Tower
265 Church Street
New Haven, CT
*Attorneys for Plaintiff, FIH LLC*

*Jonathan P. Whitcomb /s/*
Jonathan P. Whitcomb
DISERIO MARTIN O'CONNOR &
CASTLIGLIONI, LLP
One Atlantic Street
Stamford, CT 06901
*Attorneys for Defendant, Joseph Meehan*

*Andrea Sisca /s/*
Stephen Walko
Andrea Sisca
IVEY, BARNUM & O'MARA LLC
170 Mason Street
Greenwich, CT 06830
*Attorneys for Defendant, Thomas Ward*

*Stephen Arena /s/*
David Trachtenberg
Stephen Arena
TRACHTENBERG, RODES &
FRIEDBERG LLP
545 Fifth Ave
New York, NY 10017
*Attorneys for Defendant, Joseph Emlinger*

*Peter Nolin /s/*
Peter Nolin
CARMODY TORRANCE SANDAK &
HENNESSEY LLP
707 Summer Street
Stamford, CT 06901
*Attorney for Defendant, Dean Barr*

                         **IT IS SO ORDERED**:

                         _____
                         Janet Bond Arterton
                         Senior United States District Judge

Dated at _____, ____, this __ day of _____, 2016.