# TRACHTENBERG RODES & FRIEDBERG LLP

ATTORNEYS AT LAW
545 FIFTH AVENUE
NEW YORK, NEW YORK 10017

DAVID G. TRACHTENBERG
DTRACHTENBERG@TRFLAW.COM

TELEPHONE (212) 972-2929
TELECOPIER (212) 972-7581
www.trflaw.com

February 16, 2017

**BY FEDERAL EXPRESS AND ECF**

Hon. Janet Bond Arterton
United States District Judge
Richard C. Lee United States Court House
141 Church Street
New Haven, Connecticut 06510

Dear Judge Arterton,

This letter is sent on behalf of all parties.

As set forth in the February 7 email to counsel from Your Honor's Judicial Assistant Aimee Tooker, the schedule currently in effect for briefing on the anticipated motions for summary judgment is as follows: motions for summary judgment shall be filed by February 27, 2017; opposition is due March 24, 2017; any reply is due April 7, 2017.

Plaintiff and all defendants jointly request that the schedule be modified to be as follows: motions for summary judgment shall be filed by March 10, 2017; opposition is due April 7, 2017; any reply is due May 2, 2017.

This request has been occasioned by the fact that a third party witness whom plaintiff wishes to depose prior to the onset of the briefing schedule is not available to be deposed in New York until early March and by the fact that the parties have agreed that defendants shall produce certain additional documents during March.

The parties jointly request Your Honor's approval of this revised schedule.

Respectfully submitted,

David G. Trachtenberg

cc: Sam Lieberman, Esq. *(via email)*
James Glasser, Esq. *(via email)*
Jonathan Whitcomb, Esq. *(via email)*
Peter Nolin, Esq. *(via email)*
Stephen Walko, Esq. *(via email)*
Andrew Zeitlin, Esq. *(via email)*