UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FIH, LLC,<br><br>　　　*Plaintiff,*<br><br>-against-<br><br>FOUNDATION CAPITAL PARTNERS LLC, F/K/A FOUNDATION MANAGING MEMBER LLC; DEAN BARR; JOSEPH MEEHAN; THOMAS WARD; AND JOSEPH ELMLINGER,<br><br>　　　*Defendants.* | 15-CV-00785 (JBA)<br><br><br>FEBRUARY 22, 2017 |

### PARTIES' JOINT MOTION, ON CONSENT, FOR EXTENSION OF TIME

Defendant Joseph Elmlinger, with the consent and joinder of plaintiff and the other defendants, respectfully moves this Court, to modify and extend the schedule for the parties to move for summary judgment and the briefing schedule in respect thereto. The schedule currently in effect for briefing on the anticipated motions for summary judgment is as follows: motions for summary judgment shall be filed by February 27, 2017; opposition is due March 24, 2017; any reply is due April 7, 2017.

Plaintiff and all defendants jointly request that the schedule be modified to be as follows:

　　Motions for Summary Judgment – March 10, 2017

　　Opposition to Motions for Summary Judgment – April 7, 2017

　　Reply Memoranda – May 2, 2017

There is good cause for the extension of time requested herein. This request has been occasioned by the fact that a third party witness whom plaintiff wishes to depose prior to the onset of the briefing schedule is not available to be deposed in New York until early March and by the fact that the parties have resolved prior discovery disputes and agreed that defendants shall produce certain additional documents during March.

WHEREFORE, defendant Joseph Elmlinger, with the consent of plaintiff and joinder of all other appearing defendants, respectfully moves to extend and modify the schedule with respect to filing the parties' motions for summary judgment and briefing thereon.

Respectfully submitted,

DEFENDANT, JOSEPH ELMLINGER

By: /s/ David G. Trachtenberg
David G. Trachtenberg (phv07533)
TRACHTENBERG RODES & FRIEDBERG LLP
545 Fifth Avenue
New York, New York 10017
(212) 972-2929
dtrachtenberg@trflaw.com

Andrew M. Zeitlin (Fed. Bar No. ct21386)
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, CT 06901
(203) 324-8100
azetilin@goodwin.com

His Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2017, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Andrew M. Zeitlin
Andrew M. Zeitlin