# EXHIBIT 96

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FIH, LLC<br><br>                 Plaintiff,<br><br>- against -<br><br>FOUNDATION CAPITAL PARNERS LLC, f/k/a FOUNDATION MANAGING MEMBER LLC; DEAN BARR; JOSEPH MEEHAN; THOMAS WARD; and JOSEPH ELMLINGER,<br><br>                 Defendants. | Case No.   3:15-cv-00785 (JBA)<br><br><br>APRIL 10, 2017 |

## AFFIDAVIT OF JOHN R. FRETTS

I, John R. Fretts, hereby declare under penalty of perjury as follows:

1. I am providing the information contained herein, based on my personal knowledge and observation.

2. I was contracted by retired Special Agent Joseph P. Dooley of JPD Forensic Accounting to perform a forensic examination of the servers of Foundation Capital Partners, LLC ("Foundation") in this action. Mr. Dooley was designated through an agreement of the parties to take custody of Foundation's servers from the Federal Bureau of Investigation ("FBI").

3. I have over thirty-five years of law enforcement and corporate experience, including computer forensic investigation and teaching computer forensics. I worked as a Special Agent at the U.S. Bureau of Alcohol, Tobacco and Firearms ("ATF") from 1976 to 2004. My work at ATF including serving as a Senior Special Agent/Computer Forensic Specialist, including conducting computer forensic examinations in connection with Federal investigations. I have been certified as a Certified Computer Examiner by the International Society of Computer

{00322855.DOCX; 1}

Investigative Professionals, and a Certified Forensic Computer Examiner by the International Association of Computer Investigation Specialists. A true and correct copy of my Curriculum Vitae is attached hereto as Exhibit A.

4. On October 20, 2016, as JPD Forensic Accounting, with which I worked as a contract, (hereinafter "We" or "JPD") took possession two IBM 3550 rack servers and one mobile device from the FBI in New Haven, Connecticut, pursuant to authorization obtained from counsel for plaintiff and the individual defendants in this action.

5. JPD was provided with authorization to search and examine the Foundation Servers. Accordingly, JPD examined the Foundation servers and obtained available documents from the servers. But JPD has not yet been given authorization from all counsel to review the mobile device, which thus has not yet been reviewed.

6. After receiving the two Foundation servers, we created forensic images from each.[1] Both images were forensically processed with specialized computer forensic software. Forensically processing a digital image can recover user-created intact files, deleted files, partial files, email and other user-created digital artifacts.

7. We reviewed the Foundation servers following a strict protocol agreed-upon by counsel to avoid documents involving attorney-client communications. Following counsel's protocol, we reviewed the servers for the following file formats: (i) MS Office (Word, Excel, Powerpoint), (ii) Portable Document Format (PDF), (iii) Rich Text Files (RTF) and Text Files (TXT). For the purpose of this section, these files shall be referred to as "Pertinent" files. In addition, we reviewed email messages, which we extracted from Microsoft Outlook data files which also included Pertinent files. Email files, .pst, .ost, .msg, and .eml were processed to

---

[1] A forensic image is a bit-for-bit copy of the data on the original media.

{00322855.DOCX; 1}                                             2

extract email from September 1, 2013 through June 30, 2014. Email containing attorney domains were purged from the review set.

8. Through a review of the Foundation servers, I observed three large sets of files: (i) intact files; (ii) deleted files, and (iii) files rendered unrecoverable. Of the unrecoverable files, I noticed a large number of files which had the last modified date of July 22, 2014. This file date correlates to an apparent ransom ware attack.

9. *First*, I observed several thousand intact files that on the servers, which were reviewed pursuant to counsels' protocol and then provided to counsel for FIH, LLC for review and production in this litigation.

10. *Second*, I observed well over 20,000 deleted Pertinent files on the Foundation servers. Most of these deleted files were not recoverable in any fashion. Among those unrecoverable deleted files were documents with the file name FCP DD BOOK 020314.docx.[2] But we were able to recover over 6,000 of these deleted files using a process called "data carving." Data carving is the process of locating file fragments when the file name no longer exists because of deletion. Instead, data-carved files are located by file header. The file header is the first few bytes of a file and is standard to specific file formats. Unfortunately, files recovered through data carving do not have metadata.

11. Several thousand data-carved files were reviewed using counsel's protocol, and then provided to counsel for review and production in this litigation. Among the data-carved files provided to counsel, several hundred files were corrupted and unreadable.

---

[2] Other unrecoverable deleted files included documents with the file names, FCP DD Book 012914 1630.docx, FCP DD Book 012914 1630.docx, FCP DD Book 013014 1438.docx, FCP DD Book 013014 1438.docx, FCP DD Book 020314 1213.docx, FCP DD Book 020314 1213.docx, FCP DD Book 020314.docx

12. In total, I observed at least 10,000 deleted files on the Foundation servers from the time period of January 1 through March 30, 2014.

13. Among the deleted files, I observed that the bulk of them had "last accessed dates" from March 2014, and in particular March 18, March 24, March 26, March 28, and March 31, 2014. I did not observe any deleted Pertinent files with last access dates prior to March 1, 2014.

14. *Third*, I observed approximately 8,000 pertinent work files with last modified dates "07/22/14," i.e. July 22, 2014. These files have all been rendered unrecoverable, from what appears to be a "Cryptowall" ransom ware attack on that date. In a ransom ware attack, a malware file attacks a server and encrypts the files from any access. The files will only be decrypted (and accessed) after a ransom is paid.

15. The "Cryptowall" ransomware attack is evident from the approximately 8,000 unrecoverable files, and a file found on the server entitled "DECRYPT_INSTRUCTION.TXT," a true and correct copy of which is attached hereto as Exhibit B.

16. The "DECRYPT_INSTRUCTION.TXT" file states "What happened to your files? All of your files were protected by a strong encryption with RSA-2048 using Cryptowall. What does this mean? This means that the structure and data within your files have been irrevocably changed, you will not be able to work with them, read them or see them, it is the same thing as losing them forever, but with our help, you can restore them. How did this happen? . . . . All your files were encrypted with the public key, which has been transferred to your computer via the Internet." (Ex. B.)

17. I did not observe any indication or evidence of a prior attempt to restore these corrupted files, or to release them from ransom ware, from my review of the server. These 8,000 pertinent work files remain inaccessible on the server at this time.

18. An examination of email was conducted. The servers were searched for .pst[3] files (Outlook Data Files). Pst is the file extension for Microsoft Outlook data files, commonly referred to as a "pst." An Outlook data file, or pst, contains users email and calendar items. Additionally we searched for ost[4] files, msg files (mail message) and .eml files (generically formatted email files).

19. Pst files were found for the following users: cbdalessio, clawler, jmeehan, mghiradrelli, tward. Msg files were found for dbarr, hodonnell, jbest and mghirardelli. There were no eml found outside the pst or ost files located.

20. On the foundation servers we found 30 existing pst files and 64 deleted pst files of which 34 were carved pst files. Many of these files were unreadable. However there were 10,933 emails recovered and sent to counsel. It is noted that of the .pst files recovered, 48 had last accessed dates of 3/18/2014. The deleted files recovered using data-carving included a .pst file containing emails attaching the files "FCP DD Book 02032014 1213.docx" and "FCP DD Book 02032014.pdf." Counsel asked us to provide data details for these files, which were as follows:

"DD Book 020314 Redlined
From: Stephen Griffin
Sent time:   02/03/2014 12:17:54 PM
Received time:   02/03/2014 12:18:04 PM

---

[3] A pst. file is a Microsoft Outlook data files which stores a users email and other items. Msg is a mail message file format used by Outlook. Eml is a generic mail message format.

[4] An .ost file is an offline folder file in Microsoft Outlook to enable the user to store Outlook items on a local machine, then synchronize changes with the Exchange server upon the next connection.

To: Joseph Meehan
Cc: Maryann Ghirardelli
Attachments:   FCP DD Book 020314 1213.docx"; and


"Emailing: FCP DD Book 020314
From: Stephen Griffin
Sent time:   02/03/2014 06:02:08 PM
Received time:   02/03/2014 06:02:12 PM
To:   Maryann Ghirardelli
Attachments:   FCP DD Book 020314.pdf"


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: April 6, 2017
Wallingford, CT

_____
John R. Fretts

# Exhibit A

| | |
|---|---|
| John R. Fretts | 16 Riverside Drive, Wallingford, CT 06492 |
| Connecticut E-Discovery LLC | **johnf@cte-discovery.com** Cell (203) 494-2277 |

## Curriculum Vitae

Mr. Fretts has over thirty-five years of law enforcement and corporate experience including computer forensic investigation and the teaching of computer forensics.   Currently, he is President of Connecticut E-Discovery and partner of Digital Forensic Services.  He conducts digital forensic examinations of computers and mobile devices including cell phone, tablets and other digital devices used for data storage.  He is an instructor of the Certified Computer Examiner (CCE) Boot Camp.  The CCE Boot camp is an intense course of instruction in the field of computer forensics. The topics include but are not limited to scene processing, collection of digital media, documentation and chain of custody, forensic duplication and processing of digital media. He has conducted Federal criminal and computer forensic investigations in support of Federal firearms and explosive laws.  He is certified in US District Court as and expert in the field of data recovery and certified in mobile phone forensics.   He was Director of Investigations of a New England private investigative firm specializing in corporate fraud investigation, computer forensic investigation, and intellectual theft of property and due diligence.  Mr. Fretts is proficient in various computer and mobile device forensic hardware and software including, Wiebetech and Tableau forensic write blocking products, X-Ways Forensic computer forensic analysis software, Micro Systemation's XRY mobile device collection and analysis, Cellebrite Mobile Forensics, the Tableau, TD1 Forensic Duplicator and other similar devices.

## Professional Experience

| | |
|---|---:|
| Digital Forensic Services, Canton, CT, Partner | February 2016 to present |
| Connecticut E-Discovery, Wallingford, CT, President – Computer and Mobile Device Forensics Investigation and Computer Forensics training consultant. | July 2008 to present |
| International Society of Forensic Computer Examiners (ISFCE) – Contract Instructor, course developer and consultant for the Certified Computer Examiner (CCE) Bootcamp, and the ISFCE Imaging/First Responder Course. | September 2007 to present |
| National Forensics Training Center, Mississippi State University - Contract Instructor, Basic Computer Forensics. | January 2010 to present |
| Seymour Investigative Services, Trumbull, CT - Private Investigations and Computer Forensics consultant. | January 2008 to present |
| SSC Inc., Shelton Connecticut, Director of Investigations - Supervisory oversight of private investigative firm licensed throughout New England, providing corporate support in the areas of computer forensics investigation, fraud investigation, computer misuse, employee misconduct and other complex matters. | 2004 to August 2007 |
| Bureau of Alcohol, Tobacco, Firearms & Explosives, New Haven, CT<br>Senior Special Agent/Computer Forensic Specialist – Conducted computer forensic examinations in connection with Federal investigations.  Certified in US District Court as an expert in data recovery. | 2000 to 2004 |
| Bureau of Alcohol, Tobacco & Firearms, New Haven, CT<br>Special Agent/Criminal Investigator – Conducted investigation into violations of Federal firearms and explosive laws. Instructed at the Connecticut State Police Academy. | 1995 to 2000 |
| Bureau of Alcohol, Tobacco & Firearms, Hartford, CT<br>Resident Agent in Charge | 1994 to 1995 |
| Bureau of Alcohol, Tobacco & Firearms, Washington DC<br>ATF Headquarters, Project Manager | 1991 to 1994 |

Bureau of Alcohol, Tobacco & Firearms, Washington DC                                                                         1976 to 1991
Special Agent/Criminal Investigator

## Professional Certifications and Memberships

United States Department of Justice – Special Agent/Computer Investigative Specialist
Certified Computer Examiner (CCE) - International Society of Computer Investigative Professionals
High Technology Crime Investigators Association (HTCIA) - Member
Certified Forensic Computer Examiner (CFCE) - International Association of Computer Investigation Specialists (IACIS)
PC Service and Support Certified Professional – Learning Tree International

## Specialized Training

<u>Micro Systemation – XRY Certificaton –</u> Training and certification in the use of XRY mobile phone collection and analysis,  August 2012

<u>Certified Computer Examiner (CCE)</u>,  Key Computer Service, 2008 – Awarded CCE certification

<u>Basic Computer Investigations</u> -International Association of Computer Investigation Specialists, Orlando, Florida, 2003 – Awarded CFCE certification

<u>Computer Investigative Specialist Course in Computer Evidence Recovery</u> – Federal Law Enforcement Training Center, Glynco, Georgia, 2000

<u>Advanced PC Configuration, Troubleshooting and Data Recovery -</u> Learning Tree International, Reston, Virginia, 2002 – 2003

<u>Encase Computer Forensics - Basic, Intermediate and Advanced</u> - Guidance Software, Pasadena, California, 2004

<u>Ultimate Toolkit (Imager, Forensic Toolkit, Password Recovery)</u> Bootcamp AccessData, Houston, TX – 2004

<u>Cell Phone and PDA Seizure</u> - Paraben Corporation, Atlanta, GA - 2004.

<u>ATF Instructor Training</u> - Federal Law Enforcement Training Center

<u>Basic and Advanced Criminal Investigation</u> - Federal Law Enforcement Training Center

<u>Laboratory for Scientific Interrogation</u> – Scientific Statement Analysis

## Technical Skills

Expert in computer and mobile device data recovery and computer forensic investigation
Advanced skills in interview, interrogation and courtroom presentation
Personal Computer Troubleshooting, Service and Support

## Education

Bachelor of Public Administration/Criminal Justice, University of Mississippi – 1972

## Military Experience

United States Army Military Police – 1972 to 1975

# Exhibit B

```
                        DECRYPT_INSTRUCTION.TXT
72504A9ECFFD372E22A087A3DC647B33
```

What happened to your files ?
All of your files were protected by a strong encryption with RSA-2048 using
CryptoWall.
More information about the encryption keys using RSA-2048 can be found here:
http://en.wikipedia.org/wiki/RSA_(cryptosystem)


What does this mean ?
This means that the structure and data within your files have been irrevocably
changed, you will not be able to work with them, read them or see them,
it is the same thing as losing them forever, but with our help, you can restore
them.


How did this happen ?
Especially for you, on our server was generated the secret key pair RSA-2048 -
public and private.
All your files were encrypted with the public key, which has been transferred to
your computer via the Internet.
Decrypting of your files is only possible with the help of the private key and
decrypt program, which is on our secret server.


What do I do ?
Alas, if you do not take the necessary measures for the specified time then the
conditions for obtaining the private key will be changed.
If you really value your data, then we suggest you do not waste valuable time
searching for other solutions because they do not exist.


For more specific instructions, please visit your personal home page, there are a
few different addresses pointing to your page below:
1.https://kpai7ycr7jxqkilp.enter2tor.com/b9mx
2.https://kpai7ycr7jxqkilp.tor2web.org/b9mx
3.https://kpai7ycr7jxqkilp.onion.to/b9mx

If for some reasons the addresses are not available, follow these steps:
1.Download and install tor-browser:
http://www.torproject.org/projects/torbrowser.html.en
2.After a successful installation, run the browser and wait for initialization.
3.Type in the address bar: kpai7ycr7jxqkilp.onion/b9mx
4.Follow the instructions on the site.


IMPORTANT INFORMATION:
Your personal page: https://kpai7ycr7jxqkilp.enter2tor.com/b9mx
Your personal page (using TOR): kpai7ycr7jxqkilp.onion/b9mx
Your personal identification number (if you open the site (or TOR 's) directly):
b9mx

DECRYPT_INSTRUCTION.TXT

Page 2

DECRYPT_INSTRUCTION.TXT