<u>**UNITED STATES DISTRICT COURT**</u>
<u>**DISTRICT OF CONNECTICUT**</u>

| | |
|---|---|
| FIH, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>FOUNDATION CAPITAL PARTNERS LLC, f/k/a FOUNDATION MANAGING MEMBER LLC; DEAN BARR; JOSEPH MEEHAN; THOMAS WARD; JOSEPH ELMLINGER,<br><br>*Defendants.* | Case No.: 3:15-cv-00785 (JBA)<br><br>Judge:  Arterton<br><br>April 24, 2017 |

<u>**MOTION TO WITHDRAW APPEARANCE**</u>

The undersigned counsel, pursuant to D. Conn. L. Civ. R. 7(e), request that they be permitted to withdraw as counsel for the Defendant, Joseph Meehan ("Defendant"). In support of this Motion, the undersigned represents that there is good cause for the instant Motion in that the Defendant has elected to proceed without counsel and file a personal appearance.

The undersigned notes that, on behalf of the Defendant, they will file a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and participate in Oral Argument on the parties' cross-motions for summary judgment, if the Court elects to hear Oral Argument. Afterward, the undersigned, with permission of this Court, will withdraw as counsel.

Defendant has received actual notice of the instant Motion and understands that failure to either engage successor counsel or file a personal appearance will result in the granting of this Motion to Withdraw and may result in a dismissal or default.

**WHEREFORE,** for the reasons set forth above, counsel respectfully moves this Court to grant this Motion to Withdraw as Counsel for the Defendant, Joseph Meehan.

Respectfully Submitted,

By: /s/Jonathan P. Whitcomb
Jonathan P. Whitcomb (ct15014)
Ingrid C. Festin (ct29383)
Jane C. Christie (ct29636)
DISERIO MARTIN O'CONNOR & CASTIGLIONI LLP
One Atlantic Street
Stamford, CT 06901
203-358-0800
jwhitcomb@dmoc.com
ifestin@dmoc.com
jchristie@dmoc.com

*Attorneys for Defendant Joseph Meehan*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: Stamford, Connecticut
         April 24, 2017

                                        /s/Ingrid C. Festin
                                        Ingrid C. Festin