Civil- (Dec-2008)

**HONORABLE:** Janet Bond Arterton
**DEPUTY CLERK** Breigh Freberg     **RPTR/ECRO/TAPE** Tracy Gow
**TOTAL TIME:** 1 hours 34 minutes
**DATE:** 11/30/2017   **START TIME:** 10:17am   **END TIME:** 11:51am
**LUNCH RECESS** FROM: _____ TO: _____
**RECESS** (if more than ½ hr) FROM: _____ TO: _____

**CIVIL NO.** 15CV785 (JBA)

FIH                                           J. Glasser; B. Hutman; S. Lieberman
                                              Plaintiff's Counsel
vs
Foundation Capital Partners                   P. Nolin; S. Walko; A. Sisca; A. Zeitlin;
                                              Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing     O/A     ☐ Show Cause Hearing
☐ Evidentiary Hearing        ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ …#173  Motion for Summary Judgment     ☐ granted ☐ denied ☑ advisement
☑ …#174  Motion for Summary Judgment     ☐ granted ☐ denied ☑ advisement
☑ …#176  Motion for Summary Judgment     ☐ granted ☐ denied ☑ advisement
☑ …#178  Motion for Summary Judgment     ☐ granted ☐ denied ☑ advisement
☑ …#179  Motion for Summary Judgment     ☐ granted ☐ denied ☑ advisement
☐ …#___  Motion _____                    ☐ granted ☐ denied ☐ advisement
☐ …#___  Motion _____                    ☐ granted ☐ denied ☐ advisement
☐ …     Oral Motion _____                ☐ granted ☐ denied ☐ advisement
☐ …     Oral Motion _____                ☐ granted ☐ denied ☐ advisement
☐ …     Oral Motion _____                ☐ granted ☐ denied ☐ advisement
☐ …     Oral Motion _____                ☐ granted ☐ denied ☐ advisement
☐ …     ☐ Briefs(s) due ___  ☐ Proposed Findings due ___  Response due ___
☐ …     _____                            ☐ filed ☐ docketed
☐ …     _____                            ☐ filed ☐ docketed
☐ …     _____                            ☐ filed ☐ docketed
☐ …     _____                            ☐ filed ☐ docketed
☐ …     _____                            ☐ filed ☐ docketed
☐ …     _____                            ☐ filed ☐ docketed
☐ …     Hearing continued until _____ at _____

Notes: