# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FIH, LLC

    *Plaintiff*,                                         Civil No. 3:15-cv-785 (JBA)

v.

FOUNDATION CAPITAL PARTNERS LLC, f/k/a
FOUNDATION MANAGING MEMBER LLC;
DEAN BARR; JOSEPH MEEHAN; THOMAS         February 1, 2018
WARD; and JOSEPH ELMLINGER,

    *Defendants*.

## JUDGMENT

This matter came on for consideration on the Plaintiff's Motion for Summary Judgment [Doc. #174] and the Defendants' Motions for Summary Judgment [Doc. ## 173, 176, 178, 179 ] before the Honorable Janet Bond Arterton, United States District Judge. The Court reviewed all of the papers filed in conjunction with the motions and on January 31, 2018 entered a Ruling [Doc. #210] DENYING Plaintiff's Motion and GRANTING Defendants' Motions.

It is therefore ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the Defendants as to Plaintiff's federal claim. Plaintiff's state-law claims are dismissed for lack of subject matter jurisdiction and the case is closed.

Dated at New Haven, Connecticut, this 1st day of February, 2018.

                                                                ROBIN D. TABORA, Clerk

                                                                 By_____/s/_____
                                                                      Breigh Freberg, Deputy Clerk

EOD: February 1, 2018