# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **FIH, LLC** <br><br> **Plaintiff,** <br><br> - against - <br><br> **FOUNDATION CAPITAL PARNERS LLC, f/k/a FOUNDATION MANAGING MEMBER LLC; DEAN BARR; JOSEPH MEEHAN; THOMAS WARD; and JOSEPH ELMLINGER,** <br><br> **Defendants.** | Case No. 3:15-cv-00785 (JBA) <br><br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff in the above-captioned action, FIH, LLC, by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the Second Circuit from (a) the Court's Ruling and Order dated January 31, 2018 and the Judgment entered on February 1, 2018, dismissing Plaintiff's federal claim on summary judgment and dismissing Plaintiff's state law claims for lack of subject matter jurisdiction; and (b) the Court's Order dated March 30, 2016 granting in part Defendants' motion to dismiss.

Dated: New York, NY          SADIS & GOLDBERG LLP
       February 6, 2018

/s/ Samuel J. Lieberman
By: Samuel J. Lieberman (phv08633)
    Ben Hutman (phv08726)
    551 Fifth Avenue, 21st Floor
    New York, New York 10176
    (212) 947-3793 telephone
    (212) 573-6662 fax
    slieberman@sglawyers.com
    bhutman@sglawyers.com

    James I. Glasser (ct07221)
    Wiggin and Dana, LLP
    One Century Tower
    265 Church Street, P.O. Box 1832
    New Haven, CT 06508-1832
    (203) 498-4313 telephone
    203) 782-2889 fax
    jglasser@wiggin.com

    *Attorneys for FIH, LLC.*