UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FIH, LLC<br>       *Plaintiff,*<br>v.<br><br>FOUNDATION CAPITAL PARNERS LLC,<br>f/k/a FOUNDATION MANAGING MEMBER<br>LLC; DEAN BARR; JOSEPH MEEHAN;<br>THOMAS WARD; and JOSEPH<br>ELMLINGER<br><br>       *Defendants.* | CIVIL ACTION NO. 3:15-cv-00785 (JBA) |

## STATUS REPORT

Defendants Dean Barr, Joseph Meehan, Thomas Ward, and Joseph Elmlinger (collectively, the "Individual Defendants") submit this Joint Status Report pursuant to the Court's docket text Order dated April 5, 2019 and Your Honor's form Status Report in anticipation of the telephone status conference to be held at 4:00 p.m. on April 30, 2019.

1. **Case Status.**

On January 31, 2018, this Court issued a decision: (1) granting the Individual Defendants' motion for summary judgment and dismissing all of Plaintiff's federal claims; (2) dismissing Plaintiff's remaining state-law claims; and (3) denying Plaintiff's cross motion for summary judgment in its entirety (the "Summary Judgment Decision") (Dkt. No. 210).

Plaintiff appealed the portion of the Summary Judgment Decision granting the Individual Defendants' motions for summary judgment and dismissing of all of Plaintiff's federal claims.

The United States Court of Appeals for the Second Circuit issued a decision dated April 1, 2019 vacating the Summary Judgment Decision and remanding the case for further proceedings (the "Appellate Decision").

There are currently no motions pending. However, at the upcoming conference the Individual Defendants intend to ask the Court to allow them to renew their motions for summary judgment with respect to those arguments that were fully briefed but did not form the basis for this Court's Summary Judgment Decision. Those arguments include the following:

- Individual Defendants Ward and Elmlinger were not the "makers" of the alleged misstatement regarding the pipeline since they did not have "ultimate authority" over any such alleged misstatement;

- Taking into consideration "the entire context of the transaction", including express risk disclosures and Plaintiff's undisputed personal knowledge of the truth of the matters of which it complains, Plaintiff, as a sophisticated investor[1], cannot establish reasonable reliance on any of the alleged misstatements;

- Plaintiff cannot establish actual reliance on the alleged misstatement regarding the pipeline because Plaintiff made its decision to invest prior to the time of the alleged misstatement and because Plaintiff's ultimate decision maker was not made aware of the alleged misstatement prior to the investment; and

- Plaintiff cannot establish that the alleged misstatement regarding the pipeline was false.

Post-appeal, there are potentially issues regarding whether Individual Defendants Barr, Meehan and Ward will be represented by counsel, and if so who that counsel will be.

There is currently no scheduling order in place in this action and all discovery has been completed.

2. **Referral For Settlement.**

The Individual Defendants would be willing to participate in a settlement conference.

3. **Consent to Trial Before Magistrate Judge.**

The Individual Defendants do not consent to trial before a magistrate judge.

4. **Estimated Length of Trial.**

The Individual Defendants estimate that trial of this action will take ten (10) days.

---

[1] It is undisputed that Plaintiff was a sophisticated investor.

Dated: April 23, 2019

Defendant Thomas Ward

By:     /s/ Stephen Walko
       Stephen Walko
       Andrea Sisca
       Ivey, Barnum & O'Mara LLC
       170 Mason Street
       Greenwich, CT 06830
       (203) 661-6000
       swalko@ibolaw.com
       asisca@ibolaw.com


Defendant Joseph Elmlinger

By:     /s/ Andrew Zeitlin
       Andrew Zeitlin (ct21386)
       Shipman & Goodwin LLP
       300 Atlantic St.
       Stamford, CT 06901
       (203) 324-8100
       azeitlin@goodwin.com


       /s/ David Trachtenberg
       David Trachtenberg (phv07533)
       Stephen Arena (phv08283)
       Trachtenberg, Rodes & Friedberg LLP
       545 Fifth Ave
       New York, NY 10017
       (212) 972-2929
       dtrachtenberg@trflaw.com
       sarena@trflaw.com

Defendant Dean Barr

By:     /s/ Peter Nolin
        Peter M. Nolin (ct06223)
        Carmody Torrance Sandak & Hennessey LLP
        707 Summer Street
        Stamford, CT 06901-1026
        203-425-4200
        pnolin@carmodylaw.com


Defendant Joseph Meehan

By:     /s/ Joseph Meehan
        Joseph Meehan
        *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 23rd day of April 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Andrew M. Zeitlin
Andrew M. Zeitlin (ct21386)

7591531v1