UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FIH, LLC,

    *Plaintiff*,

-against-

FOUNDATION CAPITAL PARTNERS LLC,
F/K/A FOUNDATION MANAGING MEMBER
LLC; DEAN BARR; JOSEPH MEEHAN;
THOMAS WARD; AND JOSEPH
ELMLINGER,

    *Defendants*.

15-CV-00785 (JBA)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## AS TO DEFENDANT JOSEPH ELMLINGER

Pursuant to Fed.R.Civ.P. 41(a)(1), plaintiff FIH, LLC and defendant Joseph Elmlinger through their undersigned attorneys, hereby stipulate and agree that the claims against Defendant Joseph Elmlinger in the above-captioned case, including all claims, counterclaims, and defenses asserted, shall be, and hereby are, dismissed without prejudice and without costs to any party as against the other.

Dated: ~~September~~ August 29, 2019

**DEFENDANT JOSEPH ELMLINGER**

By: _____
David Trachtenberg
Trachtenberg, Rodes & Friedberg LLP
545 Fifth Ave
New York, NY 10017
(212) 972-2929
dtrachtenberg@trflaw.com

**PLAINTIFF FIH, LLC**

By: _____
Samuel J. Lieberman
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-8164
slieberman@sadis.com

SO ORDERED:

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2019, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Andrew M. Zeitlin
Andrew M. Zeitlin