UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FIH, LLC,<br><br>*Plaintiff,*<br><br>-against-<br><br>FOUNDATION CAPITAL PARTNERS LLC, F/K/A FOUNDATION MANAGING MEMBER LLC; DEAN BARR; JOSEPH MEEHAN; THOMAS WARD; AND JOSEPH ELMLINGER,<br><br>*Defendants.* | 15-CV-00785 (JBA) |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT JOSEPH ELMLINGER

Pursuant to Fed.R.Civ.P. 41(a)(1), plaintiff FIH, LLC and defendant Joseph Elmlinger through their undersigned attorneys, hereby stipulate and agree that the claims against Defendant Joseph Elmlinger in above-captioned case, including all claims, counterclaims, and defenses asserted, shall be, and hereby are, dismissed with prejudice and without costs to either party as against the other.

Dated: September 12, 2019

DEFENDANT JOSEPH ELMLINGER

By: _____
David Trachtenberg
Trachtenberg, Rodes & Friedberg LLP
545 Fifth Ave
New York, NY 10017
(212) 972-2929
dtrachtenberg@trflaw.com

PLAINTIFF FIH, LLC

By: _____
Samuel J. Lieberman
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-8164
slieberman@sadis.com

SO ORDERED:

_____
U.S.D.J.

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2019, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Andrew M. Zeitlin
Andrew M. Zeitlin

7990662v1