## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

FIH, LLC,

     *Plaintiff,*

  -against-

FOUNDATION CAPITAL PARTNERS LLC,
F/K/A FOUNDATION MANAGING MEMBER
LLC; DEAN BARR; JOSEPH MEEHAN;
THOMAS WARD; AND JOSEPH
ELMLINGER,

     *Defendants.*

15-CV-00785 (JBA)

### DEFENDANT JOSEPEH MEEHAN'S
### MOTION TO SUPPLEMENT THE JOINT TRIAL MEMORANDUM

Defendant Joseph Meehan seeks leave to supplement the Joint Trial Memorandum and supporting documents filed by Plaintiff and Defendant Dean Barr on September 16, 2019 (Docket No. 243). At the time that Plaintiff and Defendant Barr drafted and filed the Joint Trial Memorandum, Defendant Meehan was not represented by counsel and did not participate in the preparation of the Joint Trial Memorandum. Defendant Meehan has since engaged counsel and wishes to supplement the Joint Trial Memorandum for two principal purposes: (1) to add himself to the witnesses that may be called to testify at trial, as neither Plaintiff nor Defendant Barr included Defendant Meehan on their witness lists; and (2) to incorporate the Court's ruling that only two of the five allegedly false representations that remain in this case may be the basis for any judgment against Defendant Meehan. There will be no prejudice if this motion is granted, as the parties have not yet exchanged their objections to the other's witness and exhibit lists and the Pre-Trial Conference has not yet been held.

Specifically, Defendant Meehan seeks leave to add the following materials to the Joint Trial Memorandum:

**1.   Section VI(B) – Defendants' Statement of the Nature of the Case (pp. 12-13)**

Defendant Meehan seeks to adopt Defendant Barr's Statement of the Nature of the Case and to add one paragraph that reads, "FIH claims that Meehan made two of the allegedly five false statements described above: (1) a statement in due diligence materials that 'the current representative [Foundation] pipeline . . . has become increasingly active in recent months' and (2) a statement that the relationship between Barr and Meehan posed no threat to their ability to work together."

**2.   Section VIII – List of Witnesses and Exhibits (page 13)**

Defendant Meehan seeks leave to add the attached List of Trial Witnesses (Exhibit 1). Defendant Meehan's proposed List of Trial Witnesses is identical to Defendant Barr's Corrected List of Trial Witnesses except that it adds Defendant Meehan as a witness.

Defendant Meehan further seeks leave to adopt Defendant Barr's Exhibit List. Defendant Meehan further seeks to reserve the right to use exhibits on Plaintiff's exhibit list and further exhibits necessary for the purpose of impeachment and/or rebuttal, and the right to use demonstrative evidence at trial to be identified before the date of the last pre-trial conference.

**3.   Section IX – Stipulations and Proposed Findings of Fact and Conclusions of Law – Contested Issues of Fact and Law (page 15)**

Defendant Meehan seeks leave to add a sentence to paragraph 15 that reads, "Defendant Meehan contends that as to him, there is an issue of fact as to whether the first two representations listed on page 53 of the Court's ruling were true or false when made."

4.  **Section X – Objections (pp. 17-18)**

Defendant Meehan seeks leave to adopt Defendant Barr's Objections. Defendant Meehan

further seeks leave to further object to Plaintiff's Proposed Jury Instructions to the extent that they

do not clearly instruct the jury that only two of the five allegedly false representations remaining

in this case may be the basis for any judgment against him.

Dated:  October 4, 2019                         By: _____

Joseph M. Pastore III (CT11431)
PASTORE & DAILEY LLC
4 High Ridge Park
Stamford, CT 06905
Telephone: (203) 658-8454
Facsimile: (203) 348-0852
Email: jpastore@psdlaw.net
*Counsel for Joseph Meehan*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, a copy of the foregoing Motion to Supplement the Joint Trial Memorandum was filed electronically and will be served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

By: _____
Joseph M. Pastore III (CT11431)
Pastore & Dailey LLC
4 High Ridge Park
Stamford, CT  06905
Tel: (203) 658-8454
Fax: (203) 348-0852
Email: jpastore@psdlaw.net

4