UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
FIH, LLC,                                              :
                                                       :   Civil No. 3:15-cv-00785 (JBA)
                        Plaintiff,                     :
                                                       :
        -against-                                      :
                                                       :
FOUNDATION CAPITAL PARTNERS LLC,                       :
F/K/A FOUNDATION MANAGING MEMBER                       :
LLC; DEAN BARR; JOSEPH MEEHAN;                         :   OCTOBER 23, 2019
THOMAS WARD; and JOSEPH ELMLINGER,                     :
                                                       :
                        Defendants.                    :
-------------------------------------------------------x
```

**DEFENDANT DEAN BARR AND JOSEPH MEEHAN'S MOTION TO SEAL**

Defendants Dean Barr ("Mr. Barr") and Joseph Meehan ("Mr. Meehan") submit this memorandum in support of their motion, pursuant to Rules 5.2(d) and 26(c) of the Federal Rules of Civil Procedure, to seal Plaintiff's Proposed Trial Exhibits in connection with Defendants' Objections to Plaintiff's Proposed Trial Exhibits and Witnesses. The sealed documents are solely for the Court's review in deciding the admissibility of the contested exhibits. The exhibits included in the sealed filing are Plaintiff's Proposed Trial Exhibits: 18, 24, 44, 48, 50, 52, 62, 68, 72, 74, 76, 80, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 93, 94, 96, 98, 101, 104, 105, 106, 107, 108, 109, 110, 111, 116, 117, 118, 121, 125, and 127 (the "Exhibits")

**ARGUMENT**

In deciding an application to file documents under seal, the Court should "balance competing considerations" against presumptions of access and consider "the privacy interests of those resisting disclosure." *See Lusgosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (quoting *United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995)). In *U.S. v. Amodeo*,

44 F.3d 141, 145-146, the Second Circuit noted that "the mere filing of paper or document with the court is insufficient to render that paper a judicial document subject to right of public access." The decision to seal judicial records is "best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978).

Here, Defendants contest the admissibility of the Exhibits on several grounds, including their prejudicial nature, irrelevance and hearsay grounds. Defendants are submitting the Exhibits to the Court so as to allow the Court to make a preliminary decision on the admissibility of the Exhibits. However, it would be prejudicial to Defendants if the Exhibits were to be publicly filed and available online via the Court's docketing system. As such, Defendants respectfully request that the Exhibits be sealed.

Dated: October 23, 2019          By: /s/ Joseph M. Pastore

Joseph M. Pastore III (CT11431)
Nicholas Douglas (CT30803)
PASTORE & DAILEY LLC
4 High Ridge Park
Stamford, CT 06905
Telephone: (203) 658-8454
Facsimile: (203) 348-0852
Email: jpastore@psdlaw.net
*Counsel for Defendants Dean Barr and Joseph Meehan*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 23, 2019, a copy of the foregoing Motion to Seal was filed electronically and will be served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Joseph M. Pastore III
Joseph M. Pastore III (CT11431)
Nicholas Douglas (CT30803)
Pastore & Dailey LLC
4 High Ridge Park
Stamford, CT 06905
Tel: (203) 658-8454
Fax: (203) 348-0852
Email: jpastore@psdlaw.net