UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FIH, LLC,<br><br>    *Plaintiff*,<br><br>    *v.*<br><br>FOUNDATION CAPITAL PARTNERS LLC, f/k/a FOUNDATION MANAGING MEMBER LLC; DEAN BARR; and JOSEPH MEEHAN,<br><br>    *Defendants.* | Civil No. 3:15-cv-785 (JBA)<br><br>October 23, 2019 |

**ENDORSEMENT ORDER**

As set forth on the record of the telephonic conference held October 23, 2019, the Court orders the following:

1. Trial will be held either: November 14 to November 26, 2019 (excluding November 15), with jury selection to take place on November 13, 2019, or December 4 to December 19, 2019 (excluding December 13), with jury selection conducted on December 3, 2019.

2. By oral ruling, Defendant Barr's Motion in Limine to Exclude Evidence of Economic Loss [Doc. # 241] is DENIED.

3. By oral ruling, Defendant Barr's Motion in Limine for the Court to Take Judicial Notice of Parallel Litigation [Doc. # 242] is DENIED.

4. Defendants' Motion to Conduct Deposition by Remote Means [Doc. # 254] is GRANTED over Plaintiff's objection. Defendants will produce all documents related to Francois Garcin's involvement in FIH's purchases and his deposition by video may be conducted remotely.

5. Defendants' Motion to Seal Plaintiff's Proposed Trial Exhibits 18 et. seq. [Doc. # 259] is withdrawn.

6. The Court will address Defendants' Objection to Plaintiff's Proposed Exhibits and Witnesses [Doc. # 257], Plaintiff's Objection to Defendants' Improper Trial Witnesses [Doc. #260], and Plaintiff's Objection to Defendants' Exhibit List [Doc. # 261] at the final pre-trial conference to be held at 11:00 AM in Courtroom Two, 141 Church St., New Haven, CT.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 23rd day of October 2019.