UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FIH, LLC,
    *Plaintiff,*

    *v.*                                                                         Civil No. 3:15cv785 (JBA)

Foundation Capital Partners, et al,
    *Defendants.*

**SCHEDULING ORDER**

With the consent of counsel, the following schedule is ordered:

1.    Jury selection will be held 12/3/19 at 9:00 a.m., Courtroom Two.

2.    Jury trial will commence 12/4/19 at 9:30 a.m., Courtroom Two.

3.    Jury trial will not be held on 12/6/19 nor 12/13/19.

                                                      IT IS SO ORDERED.
                                                      /s/_____
                                                      Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: October 24, 2019.