# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FIH, LLC,

     *Plaintiff*,

  -against-

FOUNDATION CAPITAL PARTNERS LLC,
F/K/A FOUNDATION MANAGING MEMBER
LLC; DEAN BARR; AND JOSEPH MEEHAN;

     *Defendants*.

15-CV-00785 (JBA)

## PLAINTIFF'S MOTION TO AMEND ITS EXHIBIT LIST

Plaintiff FIH, LLC ("FIH" or "Plaintiff") moves to amend its Exhibit List to remove a small number of exhibits based on Defendants' objections and add five rebuttal exhibits and one direct and rebuttal exhibit, and to make adjustments to the exhibit list based on agreements with Defendants during a meet and confer discussion on October 24 to reduce objections to exhibits. Plaintiff's proposed amended Exhibit List is attached hereto as Exhibit A.

In preparing its responses to Defendants' *motions in limine* and objections, Plaintiff determined that it should include five rebuttal exhibits and one direct and rebuttal exhibit as Trial Exhibits 131–136.  The six exhibits are:

131. Defendants' Rule 56(a)(2) Statement.  This document is relevant for Defendants' judicial admissions related to FIH's investment in Foundation and was included as an exhibit to Plaintiff's Opposition to Defendants *Motion in Limine* (Dkt. No. 248-1.)

132. Joint Rule 26(f) Report.  This document is relevant for Defendants' judicial admissions related to FIH's investment in Foundation and was included as an exhibit to Plaintiff's Opposition to Defendants *Motion in Limine* (Dkt. No. 248-2.)

133. Defendants' Rule 56(a)(1) Statement.  This is relevant for Defendants' judicial admissions related to FIH's investment in Foundation and was included as an exhibit to Plaintiff's Opposition to Defendants *Motion in Limine* (Dkt. No. 248-3.)

134.    Northern Trust Wire Transfers for Foundation Capital, February 2014.   This document is relevant to show the amounts invested by FIH in Foundation and was included as an exhibit to Plaintiff's Opposition to Defendants *Motion in Limine* (Dkt. No. 248-4.)

135.    Defendant Barr's Memorandum of Law in Support of Summary Judgment.   This document is relevant for Defendants' judicial admissions related to FIH's investment in Foundation and was included as an exhibit to Plaintiff's Opposition to Defendants *Motion in Limine* (Dkt. No. 248-8.)

136.    Defendant Foundation Capital Partners, LLC's computer servers, offered as a direct exhibits underlying the deposition testimony of  Defendants Barr (Dkt. No. 265-4, PX 19 at 204:1-205:4), Meehan (Dkt. No. 265-5, PX 20 at 272:8-275:22.), and affidavit of John Fretts (Dkt. No. 265-2, PX 18, p. 14).  It is also offered as rebuttal to show Mr. Fretts is offering Rule 1006 summary testimony—and not expert opinion.

Finally, the Plaintiff's exhibit list has been amended to withdraw certain exhibits in order to reduce the number of Defendants' objections after a meet and confer.  Because the inclusion of Exhibits 131 through 136 are relevant and present no prejudice to Defendants—particularly given the length of time before trial—the Court should grant Plaintiff's motion to amend its Exhibit List.

Dated:   New York, NY                          SADIS & GOLDBERG LLP
         October 24, 2019

                                         /s/ Samuel J. Lieberman
                                       _____
                                       By: Samuel J. Lieberman (*pro hac vice*)
                                           Ben Hutman
                                           551 Fifth Avenue, 21st Floor
                                           New York, New York 10176
                                           Telephone:  (212) 573-8164
                                           Email: slieberman@sglawyers.com
                                           bhutman@sglawyers.com

                                           and

                                           James I. Glasser (ct07221)
                                           Wiggin and Dana, LLP
                                           One Century Tower
                                           265 Church Street, P.O. Box 1832
                                           New Haven, CT 06508-1832
                                           (203) 498-4313 telephone
                                           203) 782-2889 fax
                                           jglasser@wiggin.com

                                           *Attorneys for Plaintiff FIH, LLC*