UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FIH, LLC,<br><br>    *Plaintiff*,<br><br>  -against-<br><br>FOUNDATION CAPITAL PARTNERS LLC,<br>F/K/A FOUNDATION MANAGING MEMBER<br>LLC; DEAN BARR; JOSEPH MEEHAN;<br>THOMAS WARD; AND JOSEPH<br>ELMLINGER,<br><br>    *Defendants*. | 15-CV-00785 (JBA) |

**DEFENDANTS DEAN BARR AND JOSEPEH MEEHAN'S
AMENDMENTS TO THE JOINT TRIAL MEMORANDUM**

Pursuant to the Court's instructions on October 18, 2019, Defendants Dean Barr and Joseph Meehan ("Defendants") submit the following amendments to the Joint Trial Memorandum and supporting documents filed on September 16, 2019 (Docket No. 243).

**1. Defendants' Amended Voir Dire**

Defendants' Amended Voir Dire is attached hereto as <u>Exhibit A</u> and is an amendment to Tab F of the Joint Trial Memorandum. Questions 4 and 12 have been revised.

**2. Defendants' Statement of the Case for Voir Dire**

Defendants' Statement of the case is attached hereto as <u>Exhibit B</u>.

**3. Defendants' Amended Exhibit List**

Defendants' Amended Exhibit List is attached hereto as <u>Exhibit C</u> and is an amendment to Tab D of the Joint Trial Memorandum. Defendants' Exhibit List has been modified to reflect the stipulations reached upon conferring with counsel for Plaintiff. No further exhibits have been

added. Defendants reserve the right to use exhibits on Plaintiff's exhibit list, amended exhibit list and further exhibits necessary for the purpose of impeachment and/or rebuttal.

### 4. Defendants' Objections to Plaintiff's Amended Exhibit List

Defendants' Objections to Plaintiff's Amended Exhibit List are attached hereto as <u>Exhibit D</u>. Defendants reserve the right to object to any exhibits or testimony offered by Plaintiff on the ground of hearsay, relevance, authenticity, best evidence or other grounds at a later date.

Dated: November 12, 2019　　　　　　　　　By: _____

　　　　　　　　　　　　　　　　　　　　Joseph M. Pastore III (CT11431)
　　　　　　　　　　　　　　　　　　　　PASTORE & DAILEY LLC
　　　　　　　　　　　　　　　　　　　　4 High Ridge Park
　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　Telephone: (203) 658-8454
　　　　　　　　　　　　　　　　　　　　Facsimile: (203) 348-0852
　　　　　　　　　　　　　　　　　　　　Email: jpastore@psdlaw.net
　　　　　　　　　　　　　　　　　　　　*Counsel for Joseph Meehan*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2019, a copy of the foregoing Motion to Supplement the Joint Trial Memorandum was filed electronically and will be served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _____
Joseph M. Pastore III (CT11431)
Pastore & Dailey LLC
4 High Ridge Park
Stamford, CT 06905
Tel: (203) 658-8454
Fax: (203) 348-0852
Email: jpastore@psdlaw.net

# EXHIBIT A

Juror Questionnaire/Voir Dire

1. What is your education level?
   ( ) Grammar school
   ( ) Junior high
   ( ) Some high school
   ( ) High school diploma
   ( ) Trade or technical school Subject studied: _____
   ( ) Some college Major/Degree: _____ School attended _____
   ( ) College degree Major/Degree: _____ School attended _____
   ( ) Graduate school Major/Degree: _____ School attended _____

2. What is your current job status?
   ( ) Working full-time
   ( ) Working part-time
   ( ) Retired
   ( ) Disabled
   ( ) Unemployed
   ( ) Homemaker
   ( ) Student

   How long has the above been your job status?

3. Are you employed or what is your current or most recent job?
   (Please indicate if you are retired, a homemaker who does not work outside the home, unemployed, disabled, or a student.)

   If so, describe your previous occupation or your most recent job
   Employer:
   Job title:
   Please describe your job:
   How long have you had (or did you have) this job? _____ years
   Is this job representative of the type of work you have done for most of your working career?
       ( ) Yes ( ) No If no, please explain.

4. Do you have training or work experience in the following?

|  | No Experience | Training | Work Experience |
|---|---|---|---|
| Accounting | O | O | O |
| Private Equity Firms | O | O | O |
| Auditing | O | O | O |
| Banking/Finance | O | O | O |
| Hedge Funds | O | O | O |
| Investment Banking | O | O | O |
| Business Management | O | O | O |
| Stock Analyst/Trader/Broker | O | O | O |

4.a. If you have training or experience in any of the above, please explain what your duties are/were and where work(ed)?

5. Do you read publications that focus on business or finance or watch business/finance television shows or listen to them on the radio or visit related websites?

If so please list them.

6. Have you or anyone else in your immediate family ever been self-employed or owned a business?
   6a. If yes, who?
      6a(1). Are they still operating a business? If No, Why?
      6a(2). Describe the business.
      6a(3). Was the experience, positive, negative or mixed? Explain.

7. Do you invest?
      7a. How have your experiences been?
      7b. Has anyone you know ever had negative experiences in buying a business or interest in a business?

8. Have you or anyone close to you ever lost money on an investment or business purchase/interest in business purchase where you thought the loss was caused by someone else's wrongdoing, fraud or dishonesty?

9. Have you or anyone close to you ever lost what you considered to be a significant amount of money on a business or other investment that did not involve fraud?

10. Have you done any business based in the United Kingdom?

11. Do you know the Defendant Barr or Plaintiff, or any of its affiliates, including Nasanel Milstein, Lazer Milstein or Gregory Dyra, or have you heard anything about them?

12. This case involves wealthy men and an investment of almost 7 million dollars. Would you take into account the wealth of the parties in making your decision?

13. Is there any reason why you think you might have difficulty being completely impartial in this particular case or is there any other reason why you feel you couldn't or shouldn't sit as a juror in this kind of case?

14. Please name the famous person you most admire. Why?

15. Is there anything in this questionnaire that you would prefer to discuss in private instead of in front of other jurors in open court?

    14a. Which issues?

16. The Court and the Parties estimate that the trial in this case will last approximately ___ weeks/days. Every effort will be made to accommodate special needs of individual jurors. Jurors will be paid an attendance fee of $___ per day? Jury service is on the highest duties and privileges of a citizen. The participation of people like you is essential to the proper administration of justice. The Court recognizes that not everyone can serve on a case of this length. However, mere inconvenience or the usual financial hardships of jury service will not be enough to excuse you. You must show that service in this case would cause an unacceptable amount of personal hardship.

# EXHIBIT B

## DEFENDANTS' STATEMENT OF THE CASE

In 2014, the plaintiff in this case acquired an ownership interest in a fund management company run by the defendants. That company, known as Foundation Capital Partners, was created to act as the General Partner to a Private Equity Fund, which in turn would invest in minority interests in general partners of large hedge funds. Two of the managers of Foundation were Dean Barr and Joe Meehan, who are the defendants in this action.

The Plaintiff is a limited liability company called FIH, LLC, which was created for the purpose of holding the ownership interest in Foundation. The indirect owners of FIH are Lazer Millstein and his sons. The Millstein family, which founded and sold their interests in the Burlington Coat Factory business, has a great deal of experience with sophisticated financial investments.

Prior to obtaining its ownership interest, FIH representatives engaged in "due diligence" of Foundation over the course of three and a half months. These FIH representatives included Nesanel Milstein and Greg Dyra, a paid consultant to the Millsteins. Mr. Milstein and Mr. Dyra reviewed many documents about Foundation's business, spoke with representatives of Foundation, and also spoke with other investors in Foundation. In the course of due diligence, FIH learned a great deal about Foundation, including the fact that Foundation had never yet successfully completed an investment. FIH also learned that Mr. Barr and Mr. Meehan were brothers-in-law (they were married to two sisters), and that Mr. Barr was unfortunately going through a divorce.

In this action, FIH now contends that Mr. Barr and Mr. Meehan violated Section 10(b) of the Securities Exchange Act of 1934 by making certain statements during the due diligence process that FIH now claims were false. Specifically, FIH claims that both Mr. Barr and Mr. Meehan are liable for statements that (1) that "the current representative [Foundation] pipeline…has become

increasingly active in recent months;" and (2) that the relationship between Mr. Barr and Mr. Meehan posed no threat to their ability to work together. FIH claims that Mr. Barr is also liable for three additional statements. First, a statement that Foundation had a green light to pursue a certain investment known by the code name "Project Apex," and that Mr. Barr believed Foundation could "move expeditiously on this deal." Second, a statement that Foundation's "pipeline continues to expand with real, immediate deals." And third, a statement that there was nothing "FIH needed to know about Mr. Barr's background or personality" and no other matters concerning him that FIH should know about before proceeding with an investment.

    At the end of the trial, I will instruct you on the law and explain that the Plaintiff is required to prove several elements to prevail on its claim. Mr. Barr and Mr. Meehan believe that the evidence will show that the Plaintiff cannot prove those elements. First, Mr. Barr and Mr. Meehan believe the evidence will show that the five statements I described to you were true when they were made, or at the very least that Mr. Barr and Mr. Meehan believed that they were true. Second, Mr. Barr and Mr. Meehan believe that the evidence will show that FIH's representatives were experienced and sophisticated investment professionals who, based on their extensive due diligence on Foundation, did not reasonably rely on any of the statements they now claim were false. Third, Mr. Barr and Mr. Meehan believe that the evidence will show that FIH, the plaintiff in this case, did not suffer any economic loss, because FIH did not itself pay anything for the ownership interest it received in Foundation.

# EXHIBIT C

| DX | BegBates | EndBates | Description |
|---|---|---|---|
| A | FIH 0002358 |  | Email To: B. Despallieres From: Meehan May 22, 2012 |
| B |  | FIH 0002367 | Second Amendment to Second Amended LLC Agreement of FMM November 30, 2012 |
| C |  |  | Intentionally Ommitted |
| D | SG0007524 |  | Target Research September 26, 2013 |
| E | FIH 0025198 | FIH 0025199 | Email To: M. Ghirardelli From: J. Best September 16, 2013 |
| F | FIH 0000353 | FIH 0000400 | Email to N. Milstein from Dyra September 16, 2013 |
| G | SG0007250 | SG0007259 | Target Summary, September 27, 2013 |
| H | DB-0001534 | DB-0001544 | Process Summary October 4, 2013 |
| I | HA 0003 | HA 0004 | Email To: F. Heller, M. Mahoney From: T. Ward October 16, 2013 |
| J | DB-0001611 | DB-0001614 | Process Summary November 4, 2013 |
| K | SG0007397 | SG0007400 | Target Summary, November 4, 2013 |
| L | JPE0000375 | JPE0000380 | Email To: S. Fedder From: H. O'Donnell November 7, 2013 |
| M | JPE0000427 | JPE0000434 | Email To: Barr From: Meehan November 11, 2013 |
| N | FIH 0009582 | FIH 0009582 | FMM Disclosure Statement November 13, 2013 |
| O | SG0007421 |  | Process Summary Exhibit 98 November 13, 2013 |
| P | SG0007416 | SG0007420 | Process Summary Exhibit 97 November 13, 2013 |
| Q |  |  | Intentionally Ommitted |
| R | FIH 0000436 | FIH 0000479 | September Due Diligence Materials November 18, 2013 |
| S | HA 0024 | HA 0028 | Email To: Dyra From: F. Heller November 22, 2013 |
| T | JPE0000470 | JPE0000548 | Email To: N. Milstein, Dyra From: T. Ward November 26, 2013 |
| U | FIH 0000615 | FIH 0000618 | MFI Confidentiality Agreement November 26, 2013 |
| V | FIH 0002124 |  | Email To: Dyra From: Barr November 29, 2013 |
| W | DB-0001651 | DB-0001660 | Target Summary, December 2, 2013 |
| X | FIH 0002416 | FIH 0002417 | Email To: N. Milstein From: Dyra December 10, 2013 |
| Y | FIH 0000669 | FIH 0000670 | Email To: N. Milstein From: Meehan December 10, 2013 |
| Z | DB-0001689 | DB-0001697 | Target Summary, December 16, 2013 |
| AA | FIH 0000691 | FIH 0000691 | Email To: Meehan From: N. Milstein December 18, 2013 |
| BB | JMP_000034 |  | Email To: N. Milstein, Dyra From: H. O'Donnell December 19, 2013 |
| CC | FIH 0000699 | FIH 0000701 | Email To: Shargel, J. Weinberger, R. McCarthy From: Meehan December 19, 2013 |
| DD | JMP 000520 | JMP 000550 | Email To: N. Milstein From: J. Meehan December 21, 2013 |
| EE | FIH 0000131 | FIH 0000208 | FCP December 2013 PPM |
| FF | FIH 0000775 | FIH 0000777 | Email To: Dyra, N. Milstein From: Meehan December 27, 2013 |
| GG | FIH 0000814 | FIH 0000815 | Email To: Dyra, N. Milstein From: Meehan December 31, 2013 |
| HH | DB-0001420 | DB-0001428 | Target Summary, January 13, 2014 |
| II | FIH 0010362 - FIH 0010362 | FIH 0010554 - FIH 0010631 | Email To: R. Berner From: N. Milstein January 13, 2014 |
| JJ |  |  | Intentionally Ommitted |
| KK | FIH 0009433 | FIH 0009435 | LOI with Swiss Reinsurance To: Velming From: Foundation January 14, 2014 |
| LL | DB-0000106 | DB-0000106 | Email To: Barr From: Dyra January 16, 2014 |
| MM | FIH 0012677 | FIH 0012679 | Dyra's notes re. Francois Garcin To: N. Milstein From: Dyra January 17, 2014 |
| NN | FIH 0001033 | FIH 0001035 | Email From: Garcin To: N. Milstein January 19, 2014 |
| OO | FIH 0001068 | FIH 0001068 | Email To: Dyra, N. Milstein From: Barr January 22, 2014 |
| PP | SG0007182 | SG0007184 | Target Summary, January 28, 2014 |
| QQ | SG0007186 |  | Target Summary January 30, 2014 |
| RR | O'DONNELL014509 | O'DONNELL014511 | Target Summary, February 3, 2014 |
| SS | FIH 0001094 | FIH 0001094 | Email To: Dyra, N. Milstein From: Barr February 3, 2014 |

| | | | |
|---|---|---|---|
| TT | SG0007190 | | Target Summary February 4, 2014 |
| UU | O'DONNELL058734 | O'DONNELL058738 | Email To: H. O'Donnell From: S. Fedder February 3, 2014 |
| VV | FIH 0014836 | FIH 0014838 | Email To: Meehan From: N. Milstein February 4, 2014 |
| WW | FIH 0014285 | FIH 0014288 | Dyra's notes re. Jeff Klein February 5, 2014 |
| YY | FIH 0006674 | FIH 0006674 | Email To: N. Milstein From: Datasite February 5, 2014 |
| XX | FIH 0001128 | FIH 0001129 | Email To: Dyra, Shargel, N. Milstein From: Meehan February 5, 2014 |
| ZZ | FIH 0001112 | FIH 0001113 | Email To: Shargel, N. Milstein, Dyra From: Meehan February 5, 2014 |
| AAA | FIH 0003674 | FIH 0003674 | Email To: N. Milstein From: Meehan February 6, 2014 |
| BBB | FIH 0015159 | FIH 0015160 | Email To: Meehan, McCarthy From: Shargel February 7, 2014 |
| CCC | | | Intentionally Ommitted |
| DDD | JPE0001977 | JPE0001980 | Assignment Agreement February 11, 2014 |
| EEE | FIH 0004729 | FIH 0004795 | Subscription Agreement with LLC Agreement February 11, 2014 |
| FFF | SG0007504 | SG0007504 | Project Activity Log February 18, 2014 |
| GGG | O'DONNELL011644 | O'DONNELL011659 | Email To: Barr, Ward, Meehan, Elminger, O'Donnell From: Fedder February 21, 2014 |
| HHH | | | Intentionally Ommitted |
| III | SG000005 | SG000009 | LOI with Fortress To: Fedder, Griffin, From: O'Donnell February 24, 2014 |
| JJJ | SG0000073 | SG0000091 | Email To: D. Barr From: S. Griffin February 25, 2014 |
| KKK | DB-006058 | DB-006065 | Bank Statement of Dean Barr February 2014 |
| LLL | DB-006076 | DB-006081 | Bank Statement of Argenthal LLC February 2014 |
| MMM | DB-006066 | DB-006075 | Bank Statement of Foundation February 2014 |
| NNN | FIH 0009918 | FIH 0009925 | Email containing Dyras notes re. Francois Garcin March 2014 |
| OOO | | | Intentionally Ommitted |
| PPP | FIH 0001159 | FIH 0001184 | Email To: N. Milstein From: S. Griffin March 4, 2014 |
| QQQ | SG0000719 | SG0000821 | Email To: D. Barr From: S. Griffin (Part 1&2) March 12, 2014 |
| RRR | FIH 0003728 | FIH 0003729 | Email To: N. Milstein From: Dyra March 21, 2014 |
| SSS | FIH 0001223 | FIH 0001243 | Email To: N. Milstein From: Dyra March 23, 2014 |
| TTT | JPE0003629 | JPE0003650 | Email To: D. Barr From: S. Fedder March 26, 2014 |
| UUU | FIH 0001263 | FIH 0001279 | Email To: N. Milstein From: Dyra March 31, 2014 |
| VVV | FIH 0001280 | FIH 0001289 | Project Soothsayer April 1, 2014 |
| WWW | SG0001982 | SG0001998 | Email To: Barr, Elminger, Meehan, Ward, O'Donnell From: S. Griffin April 1, 2014 |
| XXX | JPE0004505 | JPE0004509 | Email To: Meehan, Elminger From: Barr May 14, 2014 |
| YYY | FIH 0001661 | FIH 0001663 | Email To: W. Coleman, N. Milstein, M. Mitchell, Chris From: Dyra May 29, 2014 |
| ZZZ | FIH 0001762 | FIH 0001763 | Email To: Barr From: Dyra June 13, 2014 |
| AAAA | FIH 0007885 | FIH 0007969 | Email To: M. Mitchell From: Dyra June 17, 2014 |
| BBBB | FIH 0001820 | FIH 0001824 | Email To: Barr, T. Ward, Elminger From: Meehan June 18, 2014 |
| CCCC | FIH 0001842 | FIH 0001843 | Email To: Barr, Meehan, T. Ward, Elminger From: Dyra June 23, 2014 |
| DDDD | FIH 0001863 | FIH 0001866 | Email To: J. Holsinger From: Dyra June 24, 2014 |
| EEEE | Mitchell_002230 | Mitchell_002232 | Email To: C. Bancroft From: M. Mitchell July 19, 2014 |
| FFFF | FIH 0008863 | FIH 0008871 | Notes re. Hall O'Donnell July 24, 2014 |
| GGGG | FIH 0002058 | FIH 0002059 | Email To: M. Mitchell From: Dyra July 25, 2014 |
| HHHH | FIH 0005102 | FIH 0005103 | Email To: N. Milstein From: Meehan August 15, 2014 |
| IIII | SG0011375 | SG0011379 | Email To: D. Ramm From: Barr November 12, 2014 |
| JJJJ | | | Intentionally Ommitted |
| KKKK | | | Deposition Transcript of Joseph Meehan November 8, 2016 |
| LLLL | | | Deposition Transcript of Dean Barr November 9, 2016 |
| MMMM | | | Dyra Linkedin Profile November 10, 2016 |

| | | |
|---|---|---|
| NNNN | | Deposition Transcript of Joseph Elminger November 15, 2016 |
| OOOO | | Deposition Transcript of Gregory Dyra November 16, 2016 |
| PPPP | | Presentation - Hedge Fund Investing November 16, 2016 |
| QQQQ | | Deposition Transcript of Thomas Ward November 18, 2016 |
| RRRR | | Deposition Transcript of Hall O'Donnell December 5, 2016 |
| SSSS | | Dyra CV December 13, 2016 |
| TTTT | | Deposition Transcript of Nesanel Milstein December 20, 2016 |
| UUUU | | Deposition Transcript of Stephen Fedder January 18, 2017 |
| VVVV | | Deposition Transcript of Stephen Griffin January 19, 2017 |
| WWWW | | Deposition Transcript of Lazer Milstein January 20, 2017 |
| XXXX | | Priviledge Log - Redacted Documents March 13, 2017 |
| YYYY | | Intentionally Ommitted |
| ZZZZ | REL000039552 | Document Log FIH 109 |
| AAAAA | FIH 00070000 | Milstein Notes re. Foundation |
| BBBBB | FIH 0000001 | February Due Diligence Materials |
| CCCCC | | Elmlinger FINRA BrokerCheck Report |

# EXHIBIT D

Plaintiff-Amended Exhibit
11/11/2019

| No. | Description | Date | Bates No. (if any) | Objections |
|---|---|---|---|---|
| 1 | Foundation Managing Member LLC Disclosure Statement | 11/13/2013 | FIH 0009582–0009589 | |
| 2 | Email exchange between Molly Peters Mahoney, Tom Ward ("Ward"), Maryann Ghirardelli ("Ghirardelli"), Francie Heller, and Jane Best ("Best"), RE: Thursday, OC 3rd – Millstein Family | 9/16/2013 | FIH 0025198– 0025199 | |
| 3 | Foundation's Pipeline Log for November 13, 2013 | 11/13/2013 | SG0007421 | |
| 4 | Foundation's Pipeline Log for November 11, 2013 | 11/11/2013 | SG0007416–0007420 | |
| 5 | Email from Joseph Meehan ("Meehan") to Dean Barr ("Barr"), Ward, Joseph Elmlinger ("Elmlinger") attaching a draft Foundation Managing Member LLC Disclosure Statement, Re: FCP Disclosure Statement | 11/11/2013 | JPE0000427–0000434 | |
| 6 | Email from Hall O'Donnell ("O'Donnell") to Barr, Meehan, Elmlinger, and Ward attaching a draft Managing Member LLC Disclosure Statement, Re: Disclosure Statement | 11/7/2013 | JPE0000375–0000380 | |
| 7 | Email from Meehan to Nesanel Milstein ("Milstein"), Greg Dyra ("Dyra"), Jason Shargel, and Joshua Weinberger attaching various documents, including drafts of an "LLC Agreement," an "Assignment and Assumption Agreement," a "FCP Portfolio Model 122113," and a "FCP 2014 Monthly Forecast 122113", Re: FMM | 12/21/2013 | JMP_00520–00550 | |
| 8 | Email exchange between Meehan, Dyra, Milstein, Barr, Elmlinger, and Ward, Re: Strongwater. | 1/26/2014 - 1/27/2014 | FIH 0003566–0003567 | |
| 9 | Foundation's Pipeline Log for January 30, 2014 | 1/30/2014 | SG0007186 | |
| 10 | Email from Meehan to Milstein, Dyra, Barr, Elmlinger and Ward, Re: FMM/Millstein | 2/6/2014-2/7/2014 | FIH 0015159–0015160 | |
| 11 | Due Diligence Materials | 2/3/2014 | FIH 0000001–0000043 | |
| 12 | Project Foundation Change History Report | | REL0000039552 | |
| 13 | Email Notice from Foundations DataSite to Milstein | 2/5/2014 | FIH 0006674 | |
| 14 | Foundation's Pipeline Log for February 3, 2014 | 2/3/2014 | O'Donnell014509–014511 | |
| 15 | Foundation's Pipeline Log for September 26, 2013 | 9/26/2013 | SG0007524 | |
| 16 | Foundation's Pipeline Log for October 4, 2013 | 10/4/2013 | DB-0001534–0001544 | |
| 17 | Foundation's Pipeline Log for November 4, 2013 | 11/4/2013 | DB-0001611–0001614 | |
| 18 | Email exchange between counsel for Plaintiff and counsel for Defendants attaching letters to an FBI agent authorizing Foundation's servers to a former FBI agent, Mr. Joseph P. Dooley, Re: FIH v. Foundation – FBI/Server | 9/16/2016 - 7/26/2016 | | Rule 402: Relevance; Rule 403: Prejudice; Rule 802: Hearsay |
| 19 | Deposition transcript of Dean Barr | 11/9/2016 | | |
| 20 | Deposition transcript of Joseph Meehan | 11/8/2016 | | |
| 21 | Deposition transcript of Hall O'Donnell | 12/5/2016 | | |
| 22 | Email from Barr to Milstein & Dyra, copying Meehan, stating "Our pipeline continues to expand with real, immediate deals.", Re: Project Pilot | 2/3/2014 | FIH 0001094 | |
| 23 | Foundation's Pipeline Log for February 4, 2014 | 2/4/2014 | SG0007190 | |
| 24 | Email from Ghirardelli to Nicky Toms, Re: Foundation Capital Partners | 2/4/2014 | GS-000001 | |
| 25 | Deposition transcript of Stephen Fedder | 1/18/2017 | | |
| 26 | Deposition transcript of Stephen Griffin | 1/19/2017 | | |
| 27 | Foundation's Pipeline Log for January 13, 2014 | 1/13/2014 | DB-0001420–0001428 | |
| 28 | Email dated March 26, 2014 from Stephen Fedder ("Fedder") to the Defendants attaching various documents, including a Foundation's Project Activity Log, Re: Pipeline Meeting: Updated Materials | 3/26/2014 | JPE0003629–0003650 | |
| 29 | Foundation's Weekly Pipeline Meeting notification | 11/21/2013 | O'DONNELL000238 | |
| 30 | Deposition transcript of Joseph Elmlinger | 11/15/2016 | | |
| 31 | Deposition transcript of Thomas Ward | 11/18/2016 | | |
| 32 | Email from Fedder to O'Donnell attaching a Target summary, Re: Project Updates | 2/3/2014 | O'DONNELL058734 | |
| 33 | Email from to Ward and Bates, Re: note changes and highlighted sections, which I think are unnecessary | 6/30/2014 | JMP_001991–001993 | |

| No. | Description | Date | Bates No. (if any) | Objections |
|---|---|---|---|---|
| 34 | Email exchange between O'Donnell, Barr, Meehan, Elmlinger, Fedder, Ward, and Stephen Griffin ("Griffin"), Re: Pipeline Meeting: Updated Materials | 3/26/2014-3/27/2014 | JPE0003790–0003792 | |
| 35 | Email from Barr to Elmlinger, Re: Foundation | 3/26/2014 | JPE0003654–0003657 | |
| 36 | Email exchange between Barr and Elmlinger, Re: London Trip | 3/6/2014 | JPE0002991–0002993 | |
| 37 | Project Soothsayer memorandum provided to FIH, LLC by Elmlinger and Meehan | No later than 4/1/2014 | FIH 0001280–0001289 | |
| 38 | Email dated March 12, 2014 from Griffin to Barr, attaching a Project Apex Presentation, a FCP Partner Presentation, and a FCP LP Presentation, Re: Requested Documents | 3/12/2014 | SG0000719–0000821 | |
| 39 | Deposition transcript of Nesanel Milstein | 12/20/2016 | | |
| 40 | Foundation User Detail Report | 9/4/2015 | REL0000039558 | |
| 41 | Subscription Agreement between FIH, LLC and Foundation Managing Member, LLC | 2/11/2014 | FIH 0004729–0004795 | |
| 42 | Assignment and Assumption Agreement and Release between Argenthal, LLC and FIH, LLC | 2/11/2014 | JPE0001977–0001980 | |
| 43 | Subscription Agreement between FIH, LLC and Foundation Managing Member, LLC, | Effective 2/28/2014 | FIH 0007908–0007969 | |
| 44 | Expert Report of James K. Finkel | 1/23/2017 | | Rule 402: Relevance; Rule 802: Hearsay |
| 45 | Email dated February 25, 2014, from Griffin to Barr, Meehan, Ward, Elmlinger, and O'Donnell, attaching various documents including a Project Activity Log, Re: Pipeline Meeting: Updated Materials | 2/25/2014 | SG0000073–0000091 | |
| 46 | Foundation's Project Activity Log | 2/18/2014 | SG0007504 | |
| 47 | Email exchange between Milstein, Barr and Meehan, copying others, Re: Demand | 8/14/2014–8/15/2014 | FIH 0005102–0005103 | |
| 48 | Affidavit of Nesanel Milstein | 4/4/2017 | | |
| 49 | Email from Ward to Milstein and Dyra attaching a private placement memorandum of the Foundation Capital Partners Limited Partnership Fund, Re: Foundation Capital Partners Materials / MFI Management | 11/26/2013 | JPE0000470 | |
| 50 | A draft subscription agreement for Foundation Capital Partners, L.P. | 1/3/2013 | FIH0017375–0017408 | |
| 51 | Email from Meehan to Milstein, copying Dyra, Barr, Elmlinger, Ward and Robert McCarthy, Re: FMM | 12/10/2013 | FIH 0000669–0000700 | |
| 52 | Affidavit of Greg Dyra | 4/4/2017 | | |
| 53 | Letter agreement between Fortress Credit Corp. and Foundation Managing Member, LLC | 5/28/2013 | HOLSINGER-000047–62 | |
| 54 | Redemption Agreement between Foundation Managing Member, LLC and Strongwater Capital Management, LLC | 2/28/2014 | FIH0007886–0007890 | |
| 55 | Email from O'Donnell to Milstein and Dyra, copying Barr, Meehan, and Elmlinger, attaching a financial model for investment in the General Partnership, Re: Updated FMM Model | 12/19/2013 | JMP_000034 | |
| 56 | Email dated January 9, 2014 from Meehan to Dyra and Milstein, copying Elmlinger, attaching Cantab Notes, Re: Cantab Meeting Notes | 1/9/2014 | JMP_000450–000456 | |
| 57 | Dyra's Microsoft Outlook Contact entry for Dean Barr | | FIH 0006940–0006956 | |
| 58 | Email from Dyra to Milstein, Re: Discussion with Tom Ward yesterday | 2/12/2014 | FIH 0014593 | |
| 59 | Dyra's Microsoft Outlook Contact entry for Joseph Meehan | | FIH 0006957–0006971 | |
| 60 | Email exchange between Barr and Ward, copying Meehan and Elmlinger, Re: brainstorming…..deals and fundraising…. | 12/30/2014 – 12/31/2014 | WARD000591–000593 | |
| 61 | Email from Meehan to Milstein, Dyra, Ward, Elmlinger, and Barr, forwarding an email from Lucy Gao, Re: Response to FMM proposal | 1/22/2014 | FIH 0003559–0003561 | |
| 62 | FIH, LLC notes titled "_CM (Dated March 24, 2014)" | | FIH 0006997–0006999 | Rule 802: Hearsay |

| No. | Description | Date | Bates No. (if any) | Objections |
|---|---|---|---|---|
| 63 | Email from Meehan to Francie Heller, copying Ward, attaching Foundation Managing Member LLC's November 13, 2013 Disclosure Statement, Re: Assignment and Assumption Agreement | 12/5/2013 | FIH 0019641–0019649 | |
| 64 | Email from Meehan to Ward, forwarding an earlier email sent from Meehan to Kelly Holowaty, attaching Foundation Managing Member LLC's November 13, 2013 Disclosure Statement, Re: FW: FMM Disclosure | 11/19/2013 | FIH 0022325–0022333 | |
| 65 | Email from Barr to Dyra and Milstein, copying Meehan, attaching a draft "Project Pilot" letter of intent, Re: Project Pilot | 2/3/2014 | JMP_000726–000727 | |
| 66 | Email from Barr to Elmlinger, O'Donnell, Fedder, and Griffin, copying Meehan, Dyra, and Milstein, forwarding an email Barr received from Ali Raissi ("Raissi"), Re: FW: Foundation-Fortress LOI to purchase the asset of Petershill | 2/4/2014 | FIH 0006670–0006671 | |
| 67 | Email exchange between Barr, Elmlinger, and Joel Holsinger ("Holsinger"), copying Craig Cortright and Ankur Patel, Re: Petershill (Project Pilot) LOI | 2/3/2014 – 2/4/2014 | HOLSINGER-000540–000546 | |
| 68 | Email from Ward to himself copying a series of texts between himself and Barr, Re: Texts | 1/3/2014 | WARD004000–004001 | Rule 802: Hearsay |
| 69 | Email exchange between Barr and Meehan, Re: Monies Owed | 11/1/2013 | DB-0000288–0000289 | |
| 70 | Email from Barr to Elmlinger and Ward, copying Meehan, Re: working with Joe M | 9/25/2013 | FIH 0000418 | |
| 71 | Email from Barr to Meehan, Re: Business | 9/24/2013 | DB-0000285 | |
| 72 | Email from Meehan to himself forwarding an earlier email from Elmlinger commenting an earlier email from Barr, Re: Fwd: Business | 9/28/2013 | JMP_001708–001709 | Rule 802: Hearsay |
| 73 | Email from Barr to Meehan, Ward, and Elmlinger, forwarding an earlier email from Alison Barr, Re: Proceeds From the Imminent Closing | 2/3/2014 | JMP_002592 | |
| 74 | Email from Barr to Meehan, Re: Divorce | 9/5/2013 | JMP_001683 | Rule 402: Relevance; Rule 403: Prejudice |
| 75 | Notes taken by Milstein | | FIH 0007000–7018 | |
| 76 | Email from Meehan to himself, forwarding an earlier email exchange between Meehan and Barr, Re: Fwd: Dinner last night | 4/5/2013 | JMP_001604–001605 | Rule 402: Relevance; Rule 403: Prejudice |
| 77 | Dyra's Microsoft Outlook Contact entry for Joel Holsinger | | FIH 0009953–0009957 | |
| 78 | Email from Meehan to Elmlinger forwarding an earlier email exchange between Meehan and Barr, Re: FW: FMM | 2/4/2014 | JPE0001659–0001661 | |
| 79 | Email exchange between Barr, Meehan, Ward, and Elmlinger, Re: Milsteins | 1/30/2014 | JMP_000737–000738 | |
| 80 | Email exchange between Elmlinger, Meehan, and Ward, regarding an earlier forwarded email from Barr to Carolyn B. D'Alessio ("D'Alessio"), Re: Payroll | 1/16/2014 | WARD000774 | Rule 402: Relevance; Rule 403: Prejudice; Rule 802: Hearsay |
| 81 | Email from Barr to Ward, Meehan, and Elmlinger, forwarding an earlier email from Alex Vleming, Re: Fwd: *Confidential: Re: Meeting Yesterday | 1/8/2014 | FIH 0004924–0004925 | |
| 82 | Email from Elmlinger to Meehan commenting on an earlier forwarded email exchange between Meehan and Barr, Re: Salary | 9/24/2013 | FIH 0004898–0004899 | Rule 402: Relevance; Rule 403: Prejudice; Rule 802: Hearsay |
| 83 | Email exchange between Barr and Meehan, Re: Early salary advance | 9/13/2013 | FIH 0004886 | Rule 402: Relevance; Rule 403: Prejudice |
| 84 | Email from Barr to Ward, copying Elmlinger and Meehan, Re: Salary Advance | 10/8/2013 | FIH 0004913 | Rule 402: Relevance; Rule 403: Prejudice |
| 85 | Email from Best to Meehan and Elmlinger, Re: Credit Card | 12/3/2013 | FIH 0004919 | Rule 402: Relevance; Rule 403: Prejudice; Rule 802: Hearsay |
| 86 | Email from Meehan to himself forwarding an earlier email exchange between Barr, Elmlinger, Meehan, and Ward, Re: FW: WSJ: Investors Sow Seeds for Hedge Funds | 7/19/2013 | FIH 0004854–0004855 | Rule 402: Relevance; Rule 403: Prejudice; Rule 802: Hearsay |

| No. | Description | Date | Bates No. (if any) | Objections |
|---|---|---|---|---|
| 87 | Email from Barr to Meehan, forwarding an earlier email from Richard McCune, Re: FW: Past due loans | 5/2/2013 | FIH 0004831–0004832 | Rule 402: Relevance; Rule 403: Prejudice; Rule 802: Hearsay |
| 88 | Email exchange between Barr and Meehan, Re: Months payroll advance | 12/2/2012 | FIH 0004823 | Rule 402: Relevance; Rule 403: Prejudice |
| 89 | Email from Barr to Meehan forwarding an earlier email from John E. Holloway, Re: Fwd: Activity in Case 4:11-cv-10074-JLK JTR Enterprises, LLC v. Columbian Emeralds Order on Motion for Miscellaneous Relief | 11/15/2012 | FIH 0004820–0004821 | Rule 402: Relevance; Rule 403: Prejudice; Rule 802: Hearsay |
| 90 | Email from Barr to Carolyn Westerberg, copying Meehan, forwarding two earlier emails from David H. Sump, Re: Fw: M/V GLOBAL EXPLORER – RELEASE FROM ARREST | 4/23/2012 | FIH 0004806–0004807 | Rule 402: Relevance; Rule 403: Prejudice; Rule 802: Hearsay |
| 91 | Email from Meehan to himself, forwarding an earlier email from Barr, Re: Divorce | 4/25/2013 | JMP_001635 | Rule 402: Relevance |
| 92 | Email exchange between Elmlinger and Meehan, Re: News | 7/16/2013-7/17/2013 | JMP_002363–002365 | |
| 93 | Email from Barr to Holsinger, Re: DD Costs | 8/11/2014 | | Rule 402: Relevance; Rule 802: Hearsay |
| 94 | Email from Barr to Elmlinger, Meehan, Ward, O'Donnell, Fedder, Griffin, Ghirardelli, and D'Alessio, copying Abbas Zuaiter, Dyra, and Milstein, Re: Provisional Patent Filing | 2/3/2014 | FIH 0001095 | |
| 95 | Email exchange between Elmlinger and Barr, copying Meehan and Ward, Re: I just spoke with Yoni | | WARD001475–001477 | |
| 96 | Affidavit of John R. Fretts with attached exhibits A & B | 4/6/2017 | | Rule 402: Relevance; Rule 403: Prejudice; Rule 802: Hearsay |
| 97 | Email exchange between Meehan, Barr, Robert H. Rosenblum, Elmlinger, and Ward, Re: FMM | 2/5/2014 | FIH 0001114–0001118 | |
| 98 | Email from Raissi to Eric Lane, Chris Kojima, Michael Brandmeyer, copying Robert Hamilton Kelly forwarding an earlier email from Barr to Michael Sherwood, copying Raissi, Elmlinger, and Holsinger, Re: Fw: Foundation-Fortress LOI to purchase the assets of Petershill | 2/4/2014 | GS-000015 | Rule 802: Hearsay |
| 99 | Email chain between O'Donnell, Griffin, Fedder, Barr and Elmlinger, attaching Draft – Subject to Review – New Model Case Version: 9/6/2013, Re: Marketing Documents and Draft DD Book: Review/Sign-off request | 9/6/2013 & 9/10-2013 | FIH 0023180-0023246 | |
| 100 | Email from Meehan to Jeff Weiss, copying Elmlinger, attaching FCP DD Book and FCP Presentation, Re: Foundation | 12/9/2013 | JPE0018110-0018197 | |
| 101 | Withdrawn subject to Defendants not challenging the timeliness of Plaintiff's Expert Report | | | |
| 102 | Objections and Responses of Defendants to Plaintiff's Second Request for the Production of Documents | 1/23/2017 | | |
| 103 | Defendants' Objections and Responses to Plaintiff's Second Set of Interrogatories | 2/23/2017 | | |
| 104 | Withdrawn subject to Defendants not challenging the timeliness of Plaintiff's Expert Report | | | |
| 105 | Withdrawn subject to Defendants not challenging the timeliness of Plaintiff's Expert Report | | | |
| 106 | Withdrawn subject to Defendants not challenging the timeliness of Plaintiff's Expert Report | | | |
| 107 | Withdrawn subject to Defendants not challenging the timeliness of Plaintiff's Expert Report | | | |
| 108 | Withdrawn subject to Defendants not challenging the timeliness of Plaintiff's Expert Report | | | |
| 109 | Withdrawn subject to Defendants not challenging the timeliness of Plaintiff's Expert Report | | | |
| 110 | Withdrawn subject to Defendants not challenging the timeliness of Plaintiff's Expert Report | | | |
| 111 | Withdrawn subject to Defendants not challenging the timeliness of Plaintiff's Expert Report | | | |
| 112 | Deposition on Transcript of Greg Dyra | 11/16/2016 | | |

| No. | Description | Date | Bates No. (if any) | Objections |
|---|---|---|---|---|
| 113 | Email from Barr to Dyra and Milstein, copying Meehan, Re: Arrowgrass | 1/22/2014 | FIH 0001068 | |
| 114 | Affidavit of Dean S. Barr, with attached Exhibits A-C | 3/10/2017 | | |
| 115 | Email from Barr to Dyra, Re: Call before or after 11:00 am call | 11/29/2013 | FIH 0002124 | |
| 116 | Email from Dyra to Milstein, Re: Frist [sic] draft of messaging to Meehan and Mark Mitchell re: FMM leadership crisis | 4/4/2014 | FIH 0001414 – FIH 0001415 | Rule 802: Hearsay |
| 117 | Email from Dyra to Milstein, Re: FMM governance | 3/21/2014 | FIH 0003728 – FIH 0003729 | Rule 802: Hearsay |
| 118 | Letter to Barr and Ward from Brian P. Flaherty (Cozen O'Connor), Re: FIH, LLC v. Foundation Capital Partners LLC, et al, attaching a draft complaint | 4/2/2015 | | Rule 402: Relevance; Rule 802: Hearsay |
| 119 | Letter of Intent from Foundation Capital Partners to Swiss Re | 1/14/2014 | FIH 0009433 – FIH 0009435 | |
| 120 | Email from Dyra to Milstein, Re: Notes from discussion with Joel Holsinger of Fortress Capital Corp. | 12/10/2013 | FIH 0002416 – FIH 0002417 | |
| 121 | Dyra's Microsoft Outlook Contact entry for Jeff Klein with notes | | FIH 00014285-88 | Rule 802: Hearsay |
| 122 | Deposition Transcript of Lazer Milstein | 1/10/2017 | | |
| 123 | Email from Fedder to Barr, Meehan, Elmlinger, Ward, and O'Donnell, copying Griffin, attaching a Project Activity Log Re: Pipeline Meeting: Updated Materials | 2/21/2014 | O'Donnell011644 – O'Donnell011659 | |
| 124 | Dyra's Microsoft Outlook Contact entry for Hall O'Donnell with notes | | FIH 0008863 – FIH 0008871 | |
| 125 | Second Circuit Oral Argument Transcript | 3/8/2019 | | Rule 402: Relevance; Rule 802: Hearsay |
| 126 | Email from Barr to Elmlinger, Meehan, and Ward re: Dyra's questions about the pipeline | 1/10/2014 | JPE0001363 | |
| 127 | Email exchange between Fedder and O'Donnell re: Pipeline | 6/16/2014 | O'Donnell000868-869 | Rule 802: Hearsay |
| 128 | Email from Meehan to Elmlinger, Barr, and Ward re: FMM Update | 3/6/2014 | JPE0002983-2984 | |
| 129 | Email from Barr to Carolyn D'Alessio attaching version of the FMM Disclosure Document | 11/10/2013 | JPE0000395-402 | |
| 130 | Email from Meehan to Elmlinger, Barr, and Ward re: FMM Disclosure Document. | 11/13/2013 | WARD000056-64 | |
| 131 | Rebuttal Exhibit: Defendants' Rule 56(a)(2) Statement | 4/10/2017 | | |
| 132 | Rebuttal Exhibit: Joint Rule 26(F) Report | 7/27/2015 | | |
| 133 | Rebuttal Exhibit: Defendants' Rule 56(a)(1) Statement | 3/13/2017 | | |
| 134 | Rebuttal Exhibit: Northern Trust Wire Transfers for Foundation Capital February 2014 | 5/22/2015 | | |
| 135 | Rebuttal Exhibit: Defendant Barr's Memorandum of Law in Support of Summary Judgement | 3/13/2017 | | |
| 136 | The Two Foundation Servers | | | Rule 402: Relevance; Rule 403: Prejudice |
| 137 | Email exchange between Meehan and Francois Garcin commenting on email exchange between Garcin and Barr and between Barr and Jeff Holland | 8/31/2014 | Meehan_000037-42 | |
| 138 | Email exchange between Meehan and Garcin commenting on earlier exchange between Garcin and Barr | 9/8/2014 | Garcin_000020-21 | |