UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
FIH, LLC,                                                      :
                                                               : Civil No. 3:15-cv-00785 (JBA)
                     Plaintiff,                        :
                                                               :
                -against-                                   :
                                                               :
FOUNDATION CAPITAL PARTNERS LLC,                               :
F/K/A FOUNDATION MANAGING MEMBER                               :
LLC; DEAN BARR; JOSEPH MEEHAN;                                 : November 25, 2019
THOMAS WARD; and JOSEPH ELMLINGER,                             :
                                                               :
                    Defendants.
---------------------------------------------------------------x

### DEFENDANT DEAN BARR AND JOESEPH MEEHAN'S
### PROPOSED INTERIM JURY INSTRUCTION

Pursuant to Federal Rule of Civil Procedure 51 and the Court's instructions at the Pretrial Conference held on October 25, 2019, Defendants Dean Barr and Joseph Meehan submit the following request for an interim instruction to be given to the jury before the testimony of Plaintiff's witness John R. Fretts. Defendants reserve the right to supplement, modify and/or withdraw these requested instructions.

## PROPOSED INTERIM JURY INSTRUCTION NUMBER ONE:
### (Regarding the testimony of John R. Fretts)1

You will hear testimony from John R. Fretts, which may indicate that the Foundation server was attacked by a ransom ware attack. You must not assume anything with regard to the content of the data that was lost. Sometimes when a party deliberately destroys evidence, you would be instructed to hold that against the party who destroyed the evidence and assume that the evidence was not favorable to their claims in the case. However, that is not the case here. What happened in this case is considered an Act of God. Neither party is to blame and neither party should be prejudiced by this unfortunate ransom ware attack.

Dated: Stamford, CT
November 25, 2019

**Attorneys for Defendants Dean Barr and Joseph Meehan**

By: *Joseph Pastore /nfc*

Joseph M. Pastore III (ct11431)
Allison Frisbee (ct30779)
Pastore & Dailey LLC
4 High Ridge Park, Third Floor
Stamford, CT 06905
Tel: 203-658-8454
Fax: 203-348-0852

---

1 Fed. R. Civ. P. 37(e); *Chin v. Port Authority of New York & New Jersey*, 685 F.3d 135 (2dCir. 2012).

2