UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FIH, LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>FOUNDATION CAPITAL PARTNERS LLC, f/k/a FOUNDATION MANAGING MEMBER LLC; DEAN BARR; and JOSEPH MEEHAN,<br><br>    *Defendants*. | Civil No. 3:15-cv-785 (JBA)<br><br>December 4, 2019 |

**ENDORSEMENT ORDER**

As set forth at the continued pre-trial conference held in open court November 25, 2019, the Court orders the following:

1. Plaintiff's Motion to Compel Production of Documents for Garcin Deposition [Doc. # 277] is DENIED as moot, by agreement in open court on December 3, 2019 in light of Mr. Garcin's failure to satisfactorily appear for deposition such that his trial testimony has now been precluded.

2. Plaintiff's Motion to Amend Its Exhibit List and Its Objections to Defendants' Exhibit List [Doc. # 278] is GRANTED without objection.

3. Defendants withdraw their objection to the admission of Plaintiff's Trial Exhibit 18 on Plaintiff's representation that it will only offer the agreement signed by all parties with respect to the handling of the server examination. Defendants also withdraw their objections to Plaintiff's Trial Exhibits 85, 86, and 127.

4. Plaintiff has withdrawn Trial Exhibit 96. Plaintiff has withdrawn Trial Exhibit 136 on Defendants' representation that they will not object to expert witness Mr. John R. Fretts's testimony as to the contents of the Foundation's Servers.

5. Defendants' objections to Plaintiff's Trial Exhibits 44 and 117 are sustained. Defendant's objection to Plaintiff's Trial Exhibit 87 on the ground of hearsay is sustained to the extent that Defendants object to the McCune e-mail's admission for the truth of the matter asserted.

6. Plaintiff has withdrawn its objections to Defendants' Trial Exhibits S, EE, FF, GG, II, LL, MM, WW, AAA, PPP, SSS, UUU, GGGG, MMMM, and SSSS.

7. Defendants have withdrawn Trial Exhibit III, BBBB, CCCC, EEEE, GGGG, and IIII.

8. Plaintiff's objection to Defendants' Trial Exhibit XXXX is sustained.

9. Defendants will redact Trial Exhibit ZZZ to reflect only the subject of Apex. Defendants will also remove the cover page to Trial Exhibit AAAA.

10. The Court reserves its rulings on Defendants' Trial Exhibits KKK, LLL, and MMM until Defendants modify these exhibits in the manner discussed at the Pre-Trial Conference.

11. Objections to the remaining exhibits have been reserved for trial.

IT IS SO ORDERED.

/S/ _____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 4th day of December 2019.