HONORABLE: Janet Bond Arterton
DEPUTY CLERK: Donna Barry   RPTR/ECRO/TAPE: M. Cianciullo

TOTAL TIME: 4 hours 36 minutes

DATE: 12/03/19   START TIME: 9:19 a.m.   END TIME: 2:22
LUNCH RECESS FROM _____ TO _____
RECESS FROM 1:27 TO 2:08 (if more than 1/2 hour)

============================================
FIH, LLC

vs.

Dean Barr, Joseph Meehan *
============================================

CIVIL NO.: 3:15-cv-00785-JBA

Plaintiffs Counsel: S. J. Lieberman, B. Hutman

Defendants Counsel: Joseph Pastore

## CIVIL JURY SELECTION/CALENDAR CALL

- [ ] Call of the Calendar held / Call of the Calendar over to _____
- [✓] [✓] Jury Selection held / Jury Selection continued until _____
- [✓] # Motion endorsement order to follow re. #277, 278 and 280 — granted / denied / advisement
- [✓] # Motion to Amend Pl. Witness and Exhibit Lists (#281) — [✓] granted / denied / advisement
- [ ] # Motion _____ granted / denied / advisement
- [ ] # Motion _____ granted / denied / advisement
- [✓] Juror #10 excused — filed / docketed
- [ ] _____ filed / docketed
- [ ] _____ filed / docketed
- [ ] *Defendant Foundation Capital Partners LLC is non-appearing — filed / docketed
- [✓] 59 # jurors present
- [✓] Voir Dire oath administered by Clerk / previously administered by Clerk
- [✓] Voir Dire by Court
- [✓] Peremptory challenges exercised
- [✓] Jury of 12 drawn (See attached) and sworn / Jury Trial commences
- [✓] Remaining jurors excused
- [ ] Discovery deadline set for _____
- [ ] Disposition Motions due _____
- [ ] Joint trial memorandum due _____
- [✓] Trial continued until 12/04/19 at 9:30 a.m
- [✓] COPY TO: JURY CLERK with juror lists