UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FIH, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> FOUNDATION CAPITAL PARTNERS, LLC; DEAN BARR; *and* JOSEPH MEEHAN, <br><br> *Defendants.* | Civil No. 3:15cv785 (JBA) <br><br> December 16, 2019 |

## VERDICT FORM

### I. PLAINTIFF'S SECURITIES FRAUD CLAIM

1. Has FIH proved by a preponderance of the evidence that Defendant DEAN BARR knowingly or recklessly made a material misrepresentation or omission upon which FIH reasonably relied and which caused FIH to sustain an economic loss?

    _____    \_\_\_✓\_\_\_\_
    Yes              No

    *Please continue to Question 2.*

2. Has FIH proved by a preponderance of the evidence that Defendant JOSEPH MEEHAN knowingly or recklessly made a material misrepresentation or omission upon which FIH reasonably relied and which caused FIH to sustain an economic loss?

    _____    \_\_\_✓\_\_\_\_
    Yes              No

    *If your answers to Questions 1 and 2 are both "no," your verdict is for Defendants and your deliberations are complete. Please have your foreperson sign and date this verdict form. If your answer is "yes" to either Question 1 or Question 2, please continue to Section II.*

## II. DAMAGES

1. If you found that either Defendant knowingly or recklessly made a material misrepresentation or omission that FIH reasonably relied upon and that caused FIH to suffer an economic loss, what amount of monetary damages will compensate FIH for this loss?

    $_____

Your deliberations are now complete. The foreperson should sign and date this verdict form.

/S/
_____
SIGNATURE OF FOREPERSON

_____
PRINTED NAME OF FOREPERSON

Dated at New Haven, Connecticut this _16_ day of December, 2019 at _12:40_ a.m/(p.m).