Civil-Trial (3/7/2011)

HONORABLE: Janet Bond Arterton
DEPUTY CLERK: Donna Barry
RPTR/ECRO/TAPE: Melissa Cianciullo

TOTAL TIME: 0 hours 16 minutes
DATE: 12/16/19   START TIME: 10:03 a.m.   END TIME: 12:59 p.m.
LUNCH RECESS   FROM:   TO:
RECESS (if more than ½ hr)   FROM: 10:11   TO: 12:51

CIVIL NO. 3:15-cv-00785-JBA

FIH, LLC

vs

Dean Barr, Joseph Meehan *

Samuel J. Lieberman, Ben Hutman
Plaintiff's Counsel

Joseph Pastore
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- ☑ Jury of 11 reported. ☐ Jury sworn
- ☐ Juror # _____ excused.
- ☑ Jury Trial held ☐ Jury Trial continued until _____ at _____
- ☐ ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
- ☐ Court Trial concluded ☐ DECISION RESERVED
- ☐ ....# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ ....# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ ....# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ ....# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
- ☑ Oral Motion for Supplemental Jury Instructions by J. Pastore ☐ granted ☑ denied ☐ advisement
- ☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ _____ ☐ filed ☐ docketed
- ☐ _____ ☐ filed ☐ docketed
- ☐ _____ ☐ filed ☐ docketed
- ☐ _____ ☐ filed ☐ docketed
- ☐ _____ ☐ filed ☐ docketed
- ☐ Plaintiff(s) rests ☐ Defendant(s) rests
- ☐ Briefs(s) due ☐ Pltf _____ ☐ Deft _____ ☐ Reply _____
- ☐ ☐ Summations held ☐ Court's Charge to the Jury
- ☐ All full exhibits, ☐ Verdict form, ☐ Interrogatories to the jury handed to jury
- ☑ Jury commences deliberations at 9:30 a.m.
- ☐ Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- ☑ SEE page 2 for verdict
- ☑ COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ......... Court declares MISTRIAL

☑ ......... Verdict Form filed

☑ ......... VERDICT: Judgment enters in favor of Defendants Barr, Meehan and Foundation Capital Partners LLC.

☑ ......... Court accepts verdict and orders verdict verified and recorded

☑ ......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

\* Defendant Foundation Capital Partners LLC has not appeared in the case.