UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FIH, LLC,<br>    *Plaintiff*,<br><br>    *v.*<br><br>Foundation Capital Partners, LLC, et al,<br>    *Defendants.* | Civil No. 3:15cv785 (JBA) |

JUDGMENT

This matter came for trial before a jury.   On December 16, 2019. the jury returned a unanimous verdict for the Defendants.   It is hereby ORDERED, ADJUDGED, and DECREED that Judgment is entered for the Defendants against the Plaintiff and the Clerk is directed to close this case.

IT IS SO ORDERED.
/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   January 9, 2020