# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **FIH, LLC** <br><br> **Plaintiff,** <br><br> - against - <br><br> **FOUNDATION CAPITAL PARNERS LLC; DEAN BARR; and JOSEPH MEEHAN,** <br><br> **Defendants.** | Case No.   3:15-cv-00785 (JBA) <br><br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff in the above-captioned action, FIH, LLC, by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the Second Circuit from (a) the Judgment entered on January 9, 2020 (ECF No. 306), and from all associated orders and opinions, including, without limitation, the District Court's (i) jury selection rulings, (ii) jury instructions (including during deliberations), and (iii) evidentiary decisions during trial; and (b) the District Court's Order dated October 22, 2019 refusing to reinstate Plaintiff's state law claims, and all related orders and opinions.

{00386560.DOCX; 2}

| | |
|---|---|
| Dated: New York, NY<br>February 10, 2020 | SADIS & GOLDBERG LLP<br><br>/s/ Samuel J. Lieberman<br>By: Samuel J. Lieberman (phv08633)<br>    Ben Hutman (phv08726)<br>    551 Fifth Avenue, 21st Floor<br>    New York, New York 10176<br>    (212) 947-3793 telephone<br>    (212) 573-6662 fax<br>    slieberman@sadis.com<br>    bhutman@sadis.com<br><br>    James I. Glasser (ct07221)<br>    Wiggin and Dana, LLP<br>    One Century Tower<br>    265 Church Street, P.O. Box 1832<br>    New Haven, CT 06508-1832<br>    (203) 498-4313 telephone<br>    203) 782-2889 fax<br>    jglasser@wiggin.com<br><br>    *Attorneys for FIH, LLC.* |