UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28 day of May, two thousand twenty:

FIH, LLC

v.

Foundation Capital Partners, LLC, et al.

STIPULATION
Docket Number: [20-0489]

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Appellant may reinstate the case by filing written notice with the Clerk, and serving such notice upon the undersigned appellee, by June 16, 2020. The time, if any, tolled under LR 31.2 begins to run again from the date of appellant's reinstatement notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.

Date: May 28, 2020

_____
Attorney for Appellant

Jeffrey Q. Smith, Phillips Nizer LLP
Print Name and Firm

Date: May 28, 2020

/s/ Joseph M. Pastore
_____
Attorney for Appellees

Joseph M. Pastore, Pastore & Dailey LLC
Print Name and Firm

1441290.1