# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of June, two thousand twenty.

_____

| | |
|---|---|
| FIH, LLC, | **ORDER**<br>Docket No. 20-489 |
|       Plaintiff - Appellant, | |
| v. | |
| Dean Barr, Joseph Meehan, | |
|       Defendants - Appellees, | |
| Thomas Ward, Joseph Elmlinger, Foundation Capital Partners LLC, FKA Foundation Managing Member LLC | |
|       Defendants. | |

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*[Signature: Catherine O'Hagan Wolfe]*
*[Seal: United States Court of Appeals, Second Circuit]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature: Catherine O'Hagan Wolfe]*
*[Seal: United States Court of Appeals, Second Circuit]*

CERTIFIED COPY ISSUED ON 06/03/2020